# EXHIBIT 1



SEC- E-0016174