# EXHIBIT 5

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **10666207**

The Registrar of Companies for England and Wales, hereby certifies that

**CV INTERNATIONAL INVESTMENTS LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **13th March 2017**



* N10666207F *


Companies House


THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006

SEC-███-E-0009049





**IN01**(ef)

Application to register a company

Received for filing in Electronic Format on the: **13/03/2017**

X623OHDC

| | |
|---|---|
| Company Name in full: | **CV INTERNATIONAL INVESTMENTS LIMITED** |
| Company Type: | **Private company limited by shares** |
| Situation of Registered Office: | **England and Wales** |
| Proposed Registered Office Address: | **20-22 WENLOCK ROAD**<br>**LONDON**<br>**ENGLAND N1 7GU** |
| Sic Codes: | **82990** |

*I wish to entirely adopt the following model articles:*   **Private (Ltd by Shares)**

Electronically filed document for Company Number:   **10666207**

SEC-         -E-0009050

## Proposed Officers

### Company Director     1

| | |
|---|---|
| Type: | Person |
| Full Forename(s): | MS BRENDA ANN |
| Surname: | SMITH |
| Service Address: | 20-22 WENLOCK ROAD<br>LONDON<br>ENGLAND N1 7GU |
| Country/State Usually Resident: | USA |
| Date of Birth: | ■■■ 1960 |
| Nationality: | AMERICAN |
| Occupation: | DIRECTOR |

The subscribers confirm that the person named has consented to act as a director.

## *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | 1 |
| *Currency:* | **GBP** | *Aggregate nominal value:* | 1 |
| *Prescribed particulars* | | | |

**ORDINARY SHARES HAVE FULL RIGHTS IN THE COMPANY WITH RESPECT TO VOTING, DIVIDENDS AND DISTRIBUTIONS.**

### Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | 1 |
| | | *Total aggregate nominal value:* | 1 |
| | | *Total aggregate unpaid:* | 0 |

# *Initial Shareholdings*

| | | | |
|---|---|---|---|
| *Name:* | **BRENDA ANN SMITH** | | |
| *Address* | **20-22 WENLOCK ROAD** | *Class of Shares:* | **ORDINARY** |
| | **LONDON** | | |
| | **ENGLAND** | *Number of shares:* | **1** |
| | **N1 7GU** | *Currency:* | **GBP** |
| | | *Nominal value of each share:* | **1** |
| | | *Amount unpaid:* | **0** |
| | | *Amount paid:* | **1** |

**Electronically filed document for Company Number:**     **10666207**

SEC-       -E-0009053

## Persons with Significant Control (PSC)

**Statement of initial significant control**

On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company

Electronically filed document for Company Number: 10666207

SEC- -E-0009054

## Individual Person with Significant Control details

| | |
|---|---|
| Names: | **MS BRENDA ANN SMITH** |
| Country/State Usually Resident: | **USA** |
| Date of Birth: | ███ 1960 |
| Nationality: | **AMERICAN** |
| Service Address: | **20-22 WENLOCK ROAD**<br>**LONDON**<br>**ENGLAND**<br>**N1 7GU** |

The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.

*Nature of control*      The person holds, directly or indirectly, 75% or more of the shares in the company.

## Statement of Compliance

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*memorandum delivered by an agent for the subscriber(s):*  **YES**

*Agent's Name:*  **COMPANIES MADE SIMPLE LTD**

*Agent's Address:*  **20-22 WENLOCK ROAD**
**LONDON**
**ENGLAND**
**N1 7GU**

## Authorisation

*Authoriser Designation:*  **agent**   *Authenticated*  **YES**

*Agent's Name:*  **COMPANIES MADE SIMPLE LTD**

*Agent's Address:*  **20-22 WENLOCK ROAD**
**LONDON**
**ENGLAND**
**N1 7GU**

**Electronically filed document for Company Number:**   10666207

# Companies Act 2006

## SCHEDULE 1
## COMPANY HAVING A SHARE CAPITAL
## Memorandum of Association of
## CV INTERNATIONAL INVESTMENTS LIMITED

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share each.

Subscriber:
Brenda Ann Smith

Authentication: Authenticated Electronically

Dated: 13 Mar 2017