# EXHIBIT 7

d.      Direct reporting to LPs by Auditor and Nottingham is a must.


Peter

---

**From:** Brenda Smith
**Sent:** Tuesday, November 01, 2016 6:41:45 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** ███████████
**Subject:** September Statements

 –


Attached please find the September statements for both Trust Accounts. Going forward, we will be able to issue these separate statements for each month.


We appreciate the confidence you have shown in our Fund. As such, we would like to offer the following terms for you proposed additional $5 million contribution:


·       Your new contribution would participate in all trading strategies, including the Dividend, VIX, Volatility, Intraday, Long/Short Arbitrage, and other equity and options strategies.

·       Your new contribution would earn a preferred return of 6% and then be split 60/40 your way.

·       Your current capital accounts would continue to have exposure to just the Dividend and VIX strategies, unless you prefer otherwise.

·       We will continue to monitor your contributions and those you direct to the Fund in order to review the split above to make sure your rates of return are maximized.


Please let me know if you have questions or need additional information. We will work on the October statements in short order as we had a good month and are

finalizing the returns now.

Thanks,

Brenda



**Brenda Smith**

200 Four Falls, Suite 211

1001 Conshohocken State Road

West Conshohocken, PA  19428

Office: 610.862.0880 ext 202  •  Mobile:  610.310.8936  •  Fax: 484-351-8093