# EXHIBIT 9

# BROAD REACH CAPITAL, LP
200 Four Falls, Suite 211
1001 West Conshohocken State Road
West Conshohocken, PA 19428

## AMENDMENT TO SIDE LETTER AGREEMENT DTD DECEMBER 1, 2016

July 11, 2017

███Investor LP-███ Trust, LLC, a Florida limited liability company
███, Trustee of the ███ Revocable Trust UA Dated March 25, 2008
Sole Member ("███")

███ Trustee of the
███ Trust Dtd December 29, 1992 (the "███ Trust")

c/o Weston Leasing
1675 Market Street, Suite 213
Weston, FL 33326

Re: Broad Reach Capital, LP (the "Fund")

Dear Mr. ███:

    This letter amends the Side Letter Agreement dated December 1, 2016 (the "Side Letter") and is effective for all periods of time relevant to the Investors dating back to March 1, 2016 and prospectively. This amendment to the Side Letter is with the intention of being legally bound. ███ and the ███ Trust are collectively referred to as the "Investors". Capitalized terms used in this letter but not defined herein are defined in the Side Letter.

    This Side Letter shall supersede and take priority over any provisions to the contrary contained in any of the Confidential Private Placement Memorandum and any and all other governing documents of the Fund, including without limitation the Limited Partnership Agreement (the "Documents") and any other side letter agreement. This Side Letter is specifically authorized by Section 2.3(gg) of the Limited Partnership Agreement (the "Agreement").

    Accordingly, notwithstanding anything to the contrary in the Documents, the parties agree, intending to be legally bound, as follows:

    1.    The General Partner represents and warrants that pursuant to Paragraph 6 of the Side Letter that a true and correct copy of the Side Letter was provided to each of the Administrator and the Auditor. A copy of this amendment will also be provided to the Administrator and Auditor. Pursuant to the Side Letter the General Partner hereby appoints: Brooke Cockrell at 800.773.3863 x236 as the Investors' contact at the Administrator and Nick Matteo at 215-884-8460 x111 as the Investors' contact at the Auditor. The Auditor and Administrator shall be permitted to discuss and answer questions limited solely to the statements of the Investors. The Investors acknowledge that neither they nor their appointed representatives

1

shall contact the Auditor and Administrator in an unreasonable manner and any costs associated with such contact will be borne by the Investor.

2. The Fund has invested in certain promissory notes (the "Notes"). The Fund and the General Partner hereby represent and warrant that the Notes (and any other notes that may be issued to the Fund from time to time) are (and will be) specially allocated both as to income and to loss pursuant to a side letter agreement with other partners such that the Investors shall neither share in the income from those notes, nor in any loss associated with these Notes. The capital invested by other partners to fund the investment by the Fund in Notes is "side-pocketed" to the Notes. Thus the capital invested in Notes does not participate in the income associated with the other investments of the Fund but rather only with respect to the Notes.

3. Paragraph 7 of the Side Letter is hereby amended retroactively to provide as follows:

Except with regard to the Notes, as of December 1, 2016 the Investors have participated in all of the Investment Strategies of the Fund. The Investment Strategies of the Fund are generally set forth in a document referencing the Fund on letterhead of Bristol Advisors, LLC (the Investment Advisor), a copy of which was attached to the Side Letter. Notwithstanding the foregoing, the General Partner has full investment discretion and will add additional investment strategies and/or traders that utilize products similar to those currently traded by the Fund. To be clear, absent the Investor's further written consent, the Investor's capital will not be directed toward the purchase of Notes (whether secured or unsecured).

4. As of June 30, 2017, the capital account of ▆▆▆▆ was Eleven Million Six Hundred Forty-Two Thousand One Hundred Forty and 21/100 Dollars ($11,642,140.21) as set forth in the statement dated as of June 30, 2017 prepared by the Administrator. In addition, the General Partner and the Investor hereby confirm to each other that as of June 30, 2017 there is no high-water mark currently applicable to the Investor.

5. As of June 30, 2017, the capital account of ▆▆▆ Trust was Two Hundred Ninety-Two Thousand Nine Hundred Ninety-Three and 27/100 Dollars ($292,993.27) as set forth in the statement dated as of June 30, 2017 prepared by the Administrator. In addition, the General Partner and the Investor hereby confirm to each other that as of June 30, 2017 there is no high-water mark currently applicable to the Investor.

Execution and delivery of this Amendment to the Side Letter agreement by and on behalf of the Fund and the General Partner constitutes a representation that such signatory is authorized under the Documents to execute and deliver this letter agreement.

This Amendment to the Side Letter agreement is binding on and enforceable against the Partnership and the General Partner notwithstanding any contrary provisions in the Documents, and in the event of a conflict between the provisions of this letter agreement and the Documents, or of any other document applicable to the General Partner, the provisions of this letter agreement shall control.

All other provisions of the Documents shall remain in effect.

2

      This letter agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware.

      Please confirm your agreement with the foregoing by countersigning this letter in the space provided below and returning an executed copy to us at the address set forth above.

                                        Very truly yours,

                                        BROAD REACH CAPITAL, LP

                                        By: BROAD REACH PARTNERS, LLC
                                        Its: General Partner

                                        By: *[signature]*
                                        Name: Brenda Smith
                                        Title: Managing Partner

Confirmed and agreed
As of the date first written above:

█████ Investor LP-█████ Trust, LLC, a Florida limited liability company

By: █████████████ Revocable Trust UA Dated March 25, 2008, Sole Member


By: _____
Name: █████████████
Title: Trustee


█████████████ Trust UA Dated December 29, 1992


By: _____
Name: █████████████
Title: Trustee

FOIA CONFIDENTIAL
TEATMENT REQUESTED

█████ BROAD REACH_SEC 000157

SEC-████-E-0000157

This letter agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware.

Please confirm your agreement with the foregoing by countersigning this letter in the space provided below and returning an executed copy to us at the address set forth above.

          Very truly yours,

          BROAD REACH CAPITAL, LP

          By: BROAD REACH PARTNERS, LLC
          Its: General Partner

          By: *[signature: Brenda Smith]*
          Name: Brenda Smith
          Title: Managing Partner

Confirmed and agreed
As of the date first written above:

[REDACTED] Investor LP-[REDACTED] Trust, LLC, a Florida limited liability company

By: [REDACTED] Revocable Trust UA Dated March 25, 2008, Sole Member

By: [REDACTED]
Name: [REDACTED]
Title: Trustee

[REDACTED] Trust UA Dated December 29, 1992

By: [REDACTED]
Name: [REDACTED]
Title: Trustee

3

FOIA CONFIDENTIAL TEATMENT REQUESTED          [REDACTED] BROAD REACH_SEC 000158

SEC-[REDACTED]-E-0000158