# EXHIBIT 10

# Corporate Business
PNC Bank

**For the period 12/01/2016 to 12/30/2016**

Primary account number: ██████0902

Page 1 of 2

Number of enclosures: 0

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009-9738

🖥 Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ██████0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 6,289,230.58 | 9,365,453.78 | 10,332,000.00 | 5,322,684.36 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 1 | 200,000.00 | Other Deductions | 13 | 10,332,000.00 |
| Other Additions | 7 | 9,165,453.78 | | | |
| **Total** | **8** | **9,365,453.78** | **Total** | **13** | **10,332,000.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 6,289,230.58 | 12/19 | 1,038,992.11 | 12/27 | 6,568,992.11 |
| 12/02 | 6,375,992.11 | 12/20 | 5,418,992.11 | 12/29 | 6,522,684.36 |
| 12/05 | 6,100,992.11 | 12/21 | 6,218,992.11 | 12/30 | 5,322,684.36 |
| 12/15 | 38,992.11 | 12/23 | 6,118,992.11 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | | Transaction description | Reference number |
|---|---|---|---|---|
| 12/20 | 200,000.00 | Deposit | | 051614620 |

SEC-PNC-E-0002851

# Corporate Business

For 24-hour account information, sign on to
pnc.com/mybusiness/

Corporate Business Account number: ▮▮▮▮0902 - continued

**For the period 12/01/2016 to 12/30/2016**
BROAD REACH CAPITAL LP
Primary account number: ▮▮▮▮0902
Page 2 of 2

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/02 | 86,761.53 | Fed Wire In 041225 | | W041225 1202 |
| 12/19 | 2,000,000.00 | Account Transfer From ▮▮▮▮1779 | | BROAD REACH CAP |
| 12/20 | 1,000,000.00 | Account Transfer From ▮▮▮▮3312 | | BROAD REACH CAP |
| 12/20 | 4,800,000.00 | Fed Wire In 040344 | | W040344 1220 |
| 12/21 | 800,000.00 | Fed Wire In 038757 | | W038757 1221 |
| 12/27 | 450,000.00 | Fed Wire In 017691 | | W017691 1227 |
| 12/29 | 28,692.25 | Fed Wire In 044489 | | W044489 1229 |

## Checks and Other Deductions

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/05 | 275,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |
| 12/15 | 250,000.00 | Account Transfer To ▮▮▮▮4197 | | ▮▮▮▮ |
| 12/15 | 12,000.00 | Account Transfer To ▮▮▮▮0241 | | LS1 LLC |
| 12/15 | 3,800,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |
| 12/15 | 2,000,000.00 | Account Transfer To ▮▮▮▮1779 | | CREDIT THE AMER |
| 12/19 | 1,000,000.00 | Account Transfer To ▮▮▮▮4197 | | CREDIT THE AMER |
| 12/20 | 250,000.00 | Account Transfer To ▮▮▮▮1779 | | CREDIT THE AMER |
| 12/20 | 50,000.00 | Account Transfer To ▮▮▮▮6851 | | INVESTMENT CONS |
| 12/20 | 1,320,000.00 | Fed Wire Out 023691 | | W023691 1220 |
| 12/23 | 100,000.00 | Fed Wire Out 029205 | | W029205 1223 |
| 12/29 | 50,000.00 | Account Transfer To ▮▮▮▮1779 | | CREDIT THE AMER |
| 12/29 | 25,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |
| 12/30 | 1,200,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |