# EXHIBIT 11

# Corporate Business
PNC Bank

**For the period 12/31/2016 to 01/31/2017**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ███0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ███0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,322,684.36 | 4,775,000.00 | 7,390,634.98 | 2,707,049.38 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 4 | 4,775,000.00 |
| Total | 4 | 4,775,000.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 12 | 7,390,634.98 |
| Total | 12 | 7,390,634.98 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/31 | 5,322,684.36 | 01/11 | 3,936,182.17 | 01/24 | 857,049.38 |
| 01/04 | 5,247,684.36 | 01/13 | 2,936,182.17 | 01/26 | 607,049.38 |
| 01/05 | 5,147,684.36 | 01/20 | 2,401,182.17 | 01/31 | 2,707,049.38 |
| 01/09 | 1,936,182.17 | 01/23 | 2,876,182.17 | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/09 | 200,000.00 | Fed Wire In 025879 | W025879 0109 |
| 01/11 | 2,000,000.00 | Fed Wire In 026745 | W026745 0111 |

Other Additions continued on next page

SEC-PNC-E-0000023

# Corporate Business

For 24-hour account information, sign on to
pnc.com/mybusiness/

Corporate Business Account number: ▮▮▮▮0902 - continued

**For the period 12/31/2016 to 01/31/2017**
BROAD REACH CAPITAL LP
Primary account number: ▮▮▮▮0902
Page 2 of 2

## Other Additions - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/23 | 475,000.00 | Fed Wire In 030522 | | W030522 0123 |
| 01/31 | 2,100,000.00 | Account Transfer From ▮▮▮▮3312 | | BROAD REACH CAP |

## Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/04 | 75,000.00 | Account Transfer To ▮▮▮▮6851 | | INVESTMENT CONS |
| 01/05 | 100,000.00 | Fed Wire Out 024815 | | W024815 0105 |
| 01/09 | 900,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |
| 01/09 | 250,000.00 | Account Transfer To ▮▮▮▮6851 | | INVESTMENT CONS |
| 01/09 | 250,000.00 | Account Transfer To ▮▮▮▮3312 | | TA 1 LLC |
| 01/09 | 11,502.19 | Fed Wire Out 030712 | | W030712 0109 |
| 01/09 | 2,000,000.00 | Fed Wire Out 030707 | | W030707 0109 |
| 01/13 | 1,000,000.00 | Account Transfer To ▮▮▮▮4197 | | ▮▮▮▮ |
| 01/20 | 535,000.00 | Account Transfer To ▮▮▮▮6851 | | INVESTMENT CONS |
| 01/24 | 1,916,132.79 | Fed Wire Out 003885 | | W003885 0124 |
| 01/24 | 103,000.00 | Fed Wire Out 003806 | | W003806 0124 |
| 01/26 | 250,000.00 | Fed Wire Out 010649 | | W010649 0126 |