# EXHIBIT 12

**Broad Reach Capital LP**
**Listing of Assets**
**Valued as of June 30, 2019**

| | |
|---|---:|
| PNC Checking | 750,155.17 |
| Note receivable - Rubicon collateral | 1,500,000.00 |
| PriCo - 30,000 shares Lyft | 1,971,300.00 |
| Prime Brokerage Account (s) | 2,637,118.00 |
| PriCo - 180,000 shares Palantir | 2,817,818.18 |
| Interest receivable | 3,875,000.00 |
| Note receivable - Private holdings | 6,000,000.00 |
| Note receivable - Real estate holdings | 6,000,000.00 |
| Trader stop loss reserves | 5,500,000.00 |
| Securitized cryptocurrency | 20,250,000.00 |
| HSBC ISIN US404280AH22 | 129,560,000.00 |
| | 180,861,391.35 |

█ and █ Contributions

| | | █ Absolute | █ | Offshore/ █ | █ |
|---|---|---|---|---|---|
| | Aug-16 | 2,000,000.00 | 2,000,000.00 | | |
| | Oct-16 | 2,530,000.00 | | | |
| | Nov-16 | 3,020,000.00 | 3,075,000.00 | | |
| | Mar-17 | (650,000.00) | 650,000.00 | 3,400,000.00 | |
| | May-17 | (500,000.00) | 500,000.00 | | |
| | Jul-17 | 1,000,000.00 | 2,000,000.00 | | |
| | Sep-17 | 575,000.00 | | | |
| | Dec-17 | 1,700,000.00 | | | |
| | Jan-18 | (1,020,000.00) | 1,020,000.00 | | |
| | May-18 | 1,440,000.00 | 1,440,000.00 | 2,550,000.00 | |
| | Jan-19 | | | | 2,285,000.00 |
| | Feb-19 | | | | 2,225,000.00 |
| Total Capital Contributions | | 10,095,000.00 | 10,685,000.00 | 5,950,000.00 | 4,510,000.00 |
| | | | | | 31,240,000.00 |