# EXHIBIT 13

Broad Reach Revenue Percentage Break Down as of September 30, 2016

- Dividend trade      35%
- Volatility skew     18%
- VIX Spread          32%
- Intraday Traders     6%  —
- Opportunistic Trade  9%
                    —————
                     100%

SEC-   -E-0000384