# EXHIBIT 16

**To:** ▮▮▮▮▮▮[▮▮▮@▮▮▮.com]
**From:** Brenda Smith
**Sent:** Sat 4/21/2018 9:19:00 AM
**Importance:** Normal
**Subject:** RE: Broad Reach Monthly % Returns
image001.jpg
Broad Reach Tear Sheet Mar 2018.pdf

**From:** ▮▮▮▮▮ [mailto:▮▮▮@▮▮▮.com]
**Sent:** Friday, April 20, 2018 11:11 AM
**To:** Brenda Smith <bsmith@bristoladv.com>
**Subject:** Broad Reach Monthly % Returns

Good morning Brenda,

If you have a few minutes today would you mind sending over the net monthly returns (pdf or excel is fine) for the fund. I'm working on a project for ▮▮▮ and if you have this data readily available it would be a huge help.

Thank you!

▮▮▮▮▮▮▮, **CFA**

***Associate Portfolio Manager***

t: ▮▮▮▮

e: ▮▮▮@▮▮▮.com

f: ▮▮▮▮

cid:image002.jpg@01D3B560.69FEF200

www..com - 

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. We monitor all email and electronic communication.  We cannot guarantee the confidentiality of the material transmitted; therefore, information of a sensitive or confidential nature should not be transmitted. You should also be aware that we will not accept orders for the purchase or sale of a security or other product via an e-mail transmission.

As of March 31, 2018

# BROAD REACH CAPITAL, LP



## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, S&P Premium Capture, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing.  We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

[Chart showing growth of $1000 from Dec-14 to Dec-17 comparing Broad Reach and S&P 500 TRI]

## PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2018 | 2.18 | 1.76 | 2.01 | | | | | | | | | | 6.07 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

*__Brenda Smith,__ Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| Strategy Inception | January 1, 2015 |
| Investment Manager* | Bristol Advisors, LLC, a 100% woman-owned business |
| AUM | $65MM |
| Minimum Investment | $1,000,000 |
| Management Fee | 0% |
| Incentive Fee | 50%; 8% Hurdle |
| Liquidity | Monthly |
| Lock-Up | None |

## SERVICE PROVIDERS

| | |
|---|---|
| Administrator | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| Auditor | Sanville & Co. (Abington, PA) |
| Prime Broker | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act.  Additionally, the Fund  is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.