# EXHIBIT 17

███ and ███ Contributions

|  | ███ Absolute | ███ | Offshore/ ███ | ███ |
|---|---|---|---|---|
| Aug-16 | 2,000,000.00 | 2,000,000.00 | | |
| Oct-16 | 2,530,000.00 | | | |
| Nov-16 | 3,020,000.00 | 3,075,000.00 | | |
| Mar-17 | (650,000.00) | 650,000.00 | 3,400,000.00 | |
| May-17 | (500,000.00) | 500,000.00 | | |
| Jul-17 | 1,000,000.00 | 2,000,000.00 | | |
| Sep-17 | 575,000.00 | | | |
| Dec-17 | 1,700,000.00 | | | |
| Jan-18 | (1,020,000.00) | 1,020,000.00 | | |
| May-18 | 1,440,000.00 | 1,440,000.00 | 2,550,000.00 | |
| Jan-19 | | | | 2,285,000.00 |
| Feb-19 | | | | 2,225,000.00 |
| **Total Capital Contributions** | 10,095,000.00 | 10,685,000.00 | 5,950,000.00 | 4,510,000.00 |
| | | | | 31,240,000.00 |