# EXHIBIT 18

# Corporate Business
PNC Bank

**For the period 07/01/2017 to 07/31/2017**

Primary account number: ▮▮0902
Page 1 of 2
Number of enclosures: 0

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ▮▮0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 233,937.76 | 4,130,000.00 | 4,342,674.80 | 21,262.96 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 1 | 100,000.00 | Other Deductions | 16 | 4,342,674.80 |
| Other Additions | 6 | 4,030,000.00 | | | |
| **Total** | **7** | **4,130,000.00** | **Total** | **16** | **4,342,674.80** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 233,937.76 | 07/07 | 918,937.76 | 07/17 | 537,393.52 |
| 07/03 | 133,937.76 | 07/10 | 1,148,937.76 | 07/21 | 478,262.96 |
| 07/05 | 2,733,937.76 | 07/13 | 888,937.76 | 07/26 | 261,262.96 |
| 07/06 | 933,937.76 | 07/14 | 624,144.76 | 07/31 | 21,262.96 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | | Transaction description | Reference number |
|---|---|---|---|---|
| 07/10 | 100,000.00 | Deposit | | 047240555 |

SEC-PNC-E-0003091

# Corporate Business

🖳 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2017 to 07/31/2017**
BROAD REACH CAPITAL LP
Primary account number: ████0902

Corporate Business Account number: ████0902 - continued

Page 2 of 2

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/05 | 1,000,000.00 | Fed Wire In 036694 0705 | | W036694 0705 |
| 07/05 | 2,000,000.00 | Fed Wire In 038000 0705 | | W038000 0705 |
| 07/10 | 130,000.00 | Fed Wire In 030912 0710 | | W030912 0710 |
| 07/14 | 300,000.00 | Account Transfer From | ████9588 | BROAD REACH CAP |
| 07/14 | 300,000.00 | Account Transfer From | ████5873 | BROAD REACH CAP |
| 07/17 | 300,000.00 | Account Transfer From | ████8855 | BROAD REACH CAP |

## Checks and Other Deductions

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/03 | 100,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/05 | 100,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/05 | 300,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/06 | 1,800,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/07 | 15,000.00 | Account Transfer To | ████3312 | TA 1 LLC |
| 07/13 | 30,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/13 | 200,000.00 | Account Transfer To | ████3312 | TA 1 LLC |
| 07/13 | 30,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/14 | 730,000.00 | Account Transfer To | ████3312 | TA 1 LLC |
| 07/14 | 134,793.00 | Account Transfer To | ████5873 | ████ |
| 07/17 | 66,751.24 | Fed Wire Out 007332 0717 | | W007332 0717 |
| 07/17 | 320,000.00 | Account Transfer To | ████3312 | TA 1 LLC |
| 07/21 | 30,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/21 | 29,130.56 | Account Transfer To | ████1149 | ████ |
| 07/26 | 217,000.00 | Account Transfer To | ████6851 | INVESTMENT CONS |
| 07/31 | 240,000.00 | Fed Wire Out 017260 0731 | | W017260 0731 |

SEC-PNC-E-0003092