# EXHIBIT 21

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# ORIGINAL

```
 1   FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA)

 2   DEPARTMENT OF MEMBER REGULATION

 3   ------------------------------------------------x

 4   In the Matter of:

 5      CV BROKERAGE, INC. and BRENDA SMITH

 6   Continued Testimony of:        Matter Number:

 7      BRENDA SMITH                 20170523259

 8   ------------------------------------------------x

 9                          1601 Market Street

                            Suite 2700

10                          Philadelphia, Pennsylvania

11                          August 3, 2018

                            10:13 a.m.

12

13

14   A P P E A R A N C E S:

15   For the Financial Industry Regulatory Authority:

16   KAREN DALY ESQ., Principal Regional Counsel

17   BONNIE McGUIRE, Senior Director

18   ELI RENSHAW, Examination Manager

19   NICHOLAS LEIGHTON, Examiner

20

21

22

23

24
```

FEN_000614

SEC-FINRA_OCIE-E-0001354

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 169

1    A P P E A R A N C E S: (Continued)

2    For the Witness:

3    GUSRAE, KAPLAN, NUSBAUM, PPLC

        120 Wall Street

4        New York, New York 10005

5    BY: MARTIN H. KAPLAN, ESQ.

            -and-

6        BENJAMIN S. KAPLAN, ESQ.

7            -and-

8    THE SMITH LAW OFFICES, LLC

        1802 Jimmie Davis Highway

9        Bossier City, Louisiana 71113

10   BY:  LINDA LEA SMITH, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400

FEN_000615

SEC-FINRA_OCIE-E-0001355

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 232

1          Q.     You're not aware of anyone else

2    who owns an interest in the Ferndale Fund?

3          A.     I am not.

4          Q.     Okay.  Has Investment Consulting

5    made an investment in the Broad Reach Fund?

6          A.     An investment, I don't believe so.

7          Q.     Okay.  Is Investment Consulting a

8    limited partner of the Broad Reach Fund?

9          A.     Not that I'm aware of.

10         Q.     Has Investment Consulting

11   purchased any pre-IPO shares?

12         A.     Not that I'm aware of.

13         Q.     Have you made any investments

14   through Investment Consulting for anyone other

15   than yourself?

16         A.     Not that I'm aware of.

17         Q.     If I could have you take a look at

18   page 2 of the May 3, 2018 response, question 7.

19   We asked you to "Identify all persons other than

20   Brenda Smith who have or had a financial and/or

21   ownership interest in Investment Consulting from

22   the date of its formation through December 31,

23   2017."

24                The answer provided is that,

FEN_000678

SEC-FINRA_OCIE-E-0001418

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 439

1                       C E R T I F I C A T E

2       STATE OF PENNSYLVANIA:

3       COUNTY OF MONTGOMERY:

4

5               I, Michelle A. Landman, a Shorthand

6       Reporter and Notary Public of the State of

7       Pennsylvania, do hereby certify:

8               That within is a true and accurate

9       transcript of the proceedings taken before the

10      FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA) on

11      the 3rd day of August, 2018

12              I further certify that I am not related to

13      any of the parties to this action by blood or

14      marriage and that I am in no way interested in the

15      outcome of this matter.

16              IN WITNESS WHEREOF, I have hereunto set my

17      hand this 17th day of August, 2018

18

19

20

                    *Michelle A. Landman*

21              Michelle A. Landman

22

23

24

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

FEN_000885

SEC-FINRA_OCIE-E-0001625