EXHIBIT 22

# Corporate Business
PNC Bank

**For the period 06/01/2018 to 06/29/2018**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ████ 0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ████ 0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 65,787.11 | 4,412,247.00 | 4,477,000.00 | 1,034.11 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 26,247.00 |
| Other Additions | 6 | 4,386,000.00 |
| **Total** | **7** | **4,412,247.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | 28,000.00 |
| Other Deductions | 10 | 4,449,000.00 |
| **Total** | **12** | **4,477,000.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 1,065,787.11 | 06/14 | 500,787.11 | 06/26 | 187,034.11 |
| 06/04 | 1,037,787.11 | 06/15 | 787.11 | 06/27 | 177,034.11 |
| 06/07 | 500,787.11 | 06/22 | 787.11 | 06/28 | 176,034.11 |
| 06/08 | 455,787.11 | 06/25 | 87,034.11 | 06/29 | 1,034.11 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/25 | 26,247.00 | Remote Capture 1 | 071890597 |

SEC-PNC-E-0003366

# Corporate Business

🖳 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 06/01/2018 to 06/29/2018**
BROAD REACH CAPITAL LP
Primary account number: ███████0902

Corporate Business Account number: ███████0902 - continued

Page 2 of 2

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 1,000,000.00 | Fed Wire In 018966 0601 | W018966 0601 |
| 06/14 | 45,000.00 | Account Transfer From ███████6851 | BROAD REACH CAP |
| 06/22 | 3,000,000.00 | Fed Wire In 017385 0622 | W017385 0622 |
| 06/25 | 60,000.00 | Fed Wire In 186Pi271189L4Ya3 | W186PI271189L4YA3 |
| 06/26 | 100,000.00 | Fed Wire In 186Qk103346T5176 | W186QK103346T5176 |
| 06/27 | 181,000.00 | Fed Wire In 186Rj0355Hrz11Jd | W186RJ0355HRZ11JD |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 06/04 | 7009 | 3,000.00 | 085849097 | 06/04 | 7012 * | 25,000.00 | 056850714 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/07 | 25,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/07 | 12,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/07 | 500,000.00 | Fed Wire Out 1867E5739Gcm1Mn3 | W1867E5739GCM1MN3 |
| 06/08 | 45,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/15 | 500,000.00 | Fed Wire Out 186Fb4053Edy1Stg | W186FB4053EDY1STG |
| 06/22 | 3,000,000.00 | Fed Wire Out 186Mh1706Ew30W1X | W186MH1706EW30W1X |
| 06/27 | 10,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/27 | 181,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/28 | 1,000.00 | Account Transfer To ███████5633 | BROAD REACH PAR |
| 06/29 | 175,000.00 | Fed Wire Out 186Tc391302X5Sm6 | W186TC391302X5SM6 |

SEC-PNC-E-0003367