# EXHIBIT 23



# Fund Overview

*Capture dividend payments using hedged equity options*

███ Dividend Capture, LP is a feeder fund investing initially into a single multi-strategy hedge fund focused on highly niche opportunities using equity options. The Fund's main strategy seeks to capture dividend payments of high-dividend-paying U.S. companies using strategically selected equity options while hedging market risk.

The Fund uses a systematic approach to capture dividend payments when in-the-money options owned by other investors are not exercised. The Fund also uses other niche hedged option strategies including short-term opportunistic and volatility-focused trades.

**2 share classes available:** (1) **Regular Share Class** and (2) **8% Share Class** - designed to offer an 8% preferred return with protected downside.

2

## Investor Benefits

### Access with Low Minimum
- Access a top-performing hedge fund with low investment minimum of $250,000

### 2 Share Classes for Better Investor Choice
- Regular Share Class: All the upside with 20% carried interest
- 8% Share Class: 100% of the return up to 8% annually with a Capital Reserve to minimize variability of returns and cover drawdowns (NO carried interest)

### Aligned Incentives
- No management fees and carried interest only if investors are profitable
- Fund Manager personally accounts for 15% ($15 million) of underlying fund's AUM

### Security
- ▮▮▮▮ has secured a Fidelity Bond to offer investors protection against fraud

3

[1] As reported by the underlying Fund. Past performance does not guarantee future results. There is a possibility for loss when investing in the Fund described herein.

# Consistent Outperformance by our Underlying Manager [1]

## Exceptional Returns

- Stable and consistent outperformance for nearly 4 years
- 38.43% annualized net return since inception in 2015
- No down months since inception (45 straight months of positive net returns)

## While Managing Risk

- On a real-time basis, positions are delta-hedged to stay within risk parameters
- 90% of trades are exited intraday
- All trades are closely monitored with defined risk and tight stop loss
- Risk is further enhanced by direct access to trading floor brokers
- 2.67 Sharpe Ratio

4

[1] As reported by the underlying Fund as of September 2018. Past performance does not guarantee future results. There is a possibility for loss when investing in the Fund described herein.

# Overview of Trading Strategies [1]

## The Portfolio Manager uses a combination of trading strategies.

| | Dividend Capture | Short-Term Opportunistic Trading | VIX Convergence |
|---|---|---|---|
| **Strategy Overview:** | Capture dividends of high-dividend-paying companies; establish deep in-the-money buy-writes and other option positions in those companies. | Profit from short-term mispricing of options. | Profit from disparities between theoretical distribution of returns as derived from the price of VIX options and historical distributions as derived from an extensive database of historical returns. |
| **Why it Works:** | In theory, the deep-in-the-money calls that the Fund is short should be exercised "for the dividend". In practice, not every call by investors is exercised for the dividend. | Excess demand for particular options can create short-term trading opportunity. For example, during market stress, higher demand for OTM puts can excessively increase skewing of option pricing. | VIX options price is based on VIX futures, whereas VIX cash is based on S&P 500 (SPX) options. The relationships are highly correlated (but unstable) until expiration when they converge. |
| **Competitive Advantage:** | Material barrier to entry; comprehensive database of dividend-paying stocks including information on options open interest and history of non-exercise. | Direct access to floor brokers; extensive risk management expertise to limit potential loss; comprehensive database of historical trends. | Proprietary Indicator generates market forecasts based on statistical analysis. Quant Models calculate "historically correct" theoretical value for VIX and SPX options - and pricing inefficiencies. |
| **Risk Management:** | The Portfolio Manager looks to purchase individual or broad-based puts to mitigate some or all of the downside risk of resulting positions. | On a real-time basis, positions are delta-hedged to maintain risk parameters. Positions are held for a few days at most and frequently closed same day. The Fund Manager defines/mitigates downside risk. | Positions are delta-hedged in real time; positions are re-assessed daily based on Proprietary Indicator and the Quant Model. |

5   [1] As reported by the Underlying Manager. Past performance does not guarantee future results.  There is a possibility for loss when investing in the Fund described herein.