# EXHIBIT 24

# Corporate Business
PNC Bank

**For the period 12/01/2018 to 12/31/2018**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ████0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS WITH TREASURY MANAGEMENT SERVICES

**Effective JANUARY 1, 2019**, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ████0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 108,011.79 | 2,817,000.00 | 2,568,937.87 | 356,073.92 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 110,000.00 |
| Other Additions | 5 | 2,707,000.00 |
| Total | 7 | 2,817,000.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | 28,000.00 |
| Other Deductions | 10 | 2,540,937.87 |
| Total | 12 | 2,568,937.87 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 108,011.79 | 12/04 | 948.82 | 12/27 | 2,386,073.92 |
| 12/03 | 245,011.79 | 12/26 | 2,050,073.92 | 12/31 | 356,073.92 |

# Corporate Business

For 24-hour account information, sign on to
pnc.com/mybusiness/

Corporate Business Account number: ▉▉▉▉0902 - continued

**For the period 12/01/2018 to 12/31/2018**
BROAD REACH CAPITAL LP
Primary account number: ▉▉▉▉0902
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/03 | 10,000.00 | Remote Capture 1 | 073846792 |
| 12/27 | 100,000.00 | Deposit | 048719690 |

#### Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/03 | 300,000.00 | Fed Wire In 18C3F24246Q55Ai6 | | W18C3F24246Q55AI6 |
| 12/04 | 90,000.00 | Account Transfer From | ▉▉▉▉0111 | BROAD REACH CAP |
| 12/26 | 32,000.00 | Account Transfer From | ▉▉▉▉0111 | BROAD REACH CAP |
| 12/26 | 2,049,000.00 | Fed Wire In 18Cqj282766O14IX | | W18CQJ282766O14IX |
| 12/27 | 236,000.00 | Fed Wire In 18Crg4623Gno2Fsv | | W18CRG4623GNO2FSV |

### Checks and Other Deductions

#### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/03 | 7024 | 3,000.00 | 086150103 | 12/04 | 7025 | 25,000.00 | 049841541 |

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/03 | 108,000.00 | Account Transfer To | ▉▉▉▉5633 | BROAD REACH PAR |
| 12/03 | 40,000.00 | Fed Wire Out 18C3G0841Nz45R0X | | W18C3G0841NZ45R0X |
| 12/03 | 22,000.00 | Fed Wire Out 18C3G084557627Lz | | W18C3G084557627LZ |
| 12/04 | 277,235.35 | Fed Wire Out 18C4E0043D6532Gf | | W18C4E0043D6532GF |
| 12/04 | 19,371.20 | Fed Wire Out 18C4E0042In44F4P | | W18C4E0042IN44F4P |
| 12/04 | 8,892.62 | Fed Wire Out 18C4E0042Q76555P | | W18C4E0042Q76555P |
| 12/04 | 3,563.80 | Fed Wire Out 18C4E0042Lz553G0 | | W18C4E0042LZ553G0 |
| 12/26 | 31,874.90 | Fed Wire Out 18Cqg0325Ejo3080 | | W18CQG0325EJO3080 |
| 12/31 | 1,030,000.00 | Account Transfer To | ▉▉▉▉5633 | BROAD REACH PAR |
| 12/31 | 1,000,000.00 | Book Trn Debit 18Cva4944Jzu24L3 | | W18CVA4944JZU24L3 |