# EXHIBIT 25

# Corporate Business
PNC Bank

**For the period 01/01/2019 to 01/31/2019**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ▮▮▮▮0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. **PNC will never ask you to click a link in a text message to provide personal or account information**. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at **1-800-762-2035**.

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ▮▮▮▮0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 356,073.92 | 3,374,500.00 | 3,730,513.00 | 60.92 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 110,000.00 |
| Other Additions | 7 | 3,264,500.00 |
| Total | 9 | 3,374,500.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | 28,000.00 |
| Other Deductions | 7 | 3,702,513.00 |
| Total | 9 | 3,730,513.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 356,073.92 | 01/07 | 55,073.92 | 01/30 | 100,573.92 |
| 01/02 | 225,073.92 | 01/15 | 73.92 | 01/31 | 60.92 |
| 01/03 | 200,073.92 | 01/25 | 73.92 | | |
| 01/04 | 210,073.92 | 01/29 | 573.92 | | |

# Corporate Business

For 24-hour account information, sign on to pnc.com/mybusiness/

Corporate Business Account number: ███ 0902 - continued

For the period 01/01/2019 to 01/31/2019
BROAD REACH CAPITAL LP
Primary account number: ███ 0902
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/04 | 10,000.00 | Remote Capture 1 | 077803686 |
| 01/30 | 100,000.00 | Deposit | 049793234 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/25 | 1,000,000.00 | Fed Wire In 191PG2815G7O1Lnl | W191PG2815G7O1LNL |
| 01/29 | 2,000,000.00 | Fed Wire In 191Tm1042At65Wc6 | W191TM1042AT65WC6 |
| 01/29 | 500.00 | Fed Wire In 191Tf18049Y51Qi8 | W191TF18049Y51QI8 |
| 01/31 | 6,000.00 | Account Transfer From ███ 0111 | BROAD REACH CAP |
| 01/31 | 3,500.00 | Account Transfer From ███ 0111 | BROAD REACH CAP |
| 01/31 | 225,000.00 | Fed Wire In 191Vh45290Mb0Boz | W191VH45290MB0BOZ |
| 01/31 | 29,500.00 | Fed Wire In 191Vf0114Ibb5Mp4 | W191VF0114IBB5MP4 |

### Checks and Other Deductions

#### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 01/03 | 7026 | 25,000.00 | 049922672 | 01/02 | 7027 | 3,000.00 | 084784558 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 128,000.00 | Book Trn Debit 1912D16514Es4Udf | W1912D16514ES4UDF |
| 01/07 | 115,000.00 | Account Transfer To ███ 5633 | BROAD REACH PAR |
| 01/07 | 40,000.00 | Account Transfer To ███ 5633 | BROAD REACH PAR |
| 01/15 | 55,000.00 | Account Transfer To ███ 5633 | BROAD REACH PAR |
| 01/25 | 1,000,000.00 | Fed Wire Out 191Ph3530Enp1311 | W191PH3530ENP1311 |
| 01/29 | 2,000,000.00 | Fed Wire Out 191Tm15142Z610Nr | W191TM15142Z610NR |
| 01/31 | 364,513.00 | Fed Wire Out 191Vj3802R4C39Ei | W191VJ3802R4C39EI |