# EXHIBIT 26

# Broad Reach Capital, LP

Call with Brenda Smith, CEO on Aug 30, 2018

**Brenda Smith, CEO**
Bsmith@bristoladv.com
Cell:
Office Phone:
info@bristolodv.com
www.bristoladv.com

200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428   (address in presentation)
200 4 Falls, Suite 202
West Conshohocken, PA 19428   (address on website)

- $95 million current AUM
- 1 investor has $10 million position
- no lockup
- monthly redemption
- 8% hurdle then 50% performance fee
- no mgmt. fee
- Brenda pays for the audit etc herself, no mgmt. expenses charged to clients
- minimum investment $1 million
- Brenda owns 100% of the firm
- Fund Admin = Nottingham Investment Vehicle Solutions (Rocky Mount, NC)
- Audit = Sanville & Co (Abington PA)
- Prime Broker = ICBC (New York)

- Brenda started out as a CPA and had family office clients
- In 2010 she bought a broker-dealer to start getting acquainted with the floor trading business
- after 5 years of learning from floor traders at the PHL exchange, she started Broad Reach
- the firm began trading January 2015 and she had 2 family office clients

- they have stop losses and risk parameters and serious risk management focus
- their 'dividend call' trade accounts for 1/3 of their profits
- Texas Teachers pension fund (12th largest in the world) is considering an allocation
- $11 billion prop trading firm is considering an allocation
- they offer investors an online portal where they can check P&L daily
- there is only the commingled fund now, but they already have the capability for separate accounts

*They do 3 trading strategies currently, and looking at 2-3 additional strategies*

### #1 (Dividend Call)
- the first trade she started doing is the 'dividend call' trade
    - go long shares and short calls the day before stocks go ex-dividend
- floor traders have been consistently making money on this trade for 20 years
- there are high barriers to entry to execute this trade
- only 10-12 floor traders do this particular trade

### #2 (VIX Call Spread)
- Gary Andersen is the trader and he has 20 years of experience

- Gary has an algorithmic database and he shorts Vol one cycle at a time
- He builds his position on Monday and it ends with Weds expiration (monthly). It's usually a 1-month hold
- He avoided the Feb 2018 vol shock and he actually went long volatility so he made a huge profit

*#3 (Opportunistic)*
- They have a couple traders
- Jason does a "Dispersion" trade where he splits indices versus their underlying components
- They need more $$ to start trading this strategy
- They have not started trading this officially yet, they're just considering it but they like it

- Brian Clark does a "corporate merger arbitrage" trade
- They are not trading this yet, only considering it. They like it.
- Brian has been extremely successful so far and they have been watching him

**Next Steps**
- do another call
- speak with the traders
- visit their offices and go to the exchange floor in PHL to see how the traders do it live

SEC-E-0019318