# EXHIBIT 27



| | CV BROKERAGE INC<br>200 FOUR FALLS, SUITE 211<br>WEST CONSHOHOCKEN PA 19428<br>Phone : 610 862 0880 | **Account Statement**<br>February 01, 2018 - February 28, 2018 |
|---|---|---|
| **Account Number:** ▓▓▓▓▓0250 | **Account Name:** BROAD REACH CAPITAL LP | |

| Account Executive: | | ACCOUNT VALUATION SUMMARY | Value This period |
|---|---|---|---|
| | | **Beginning Account Value** | **$17,694,814.93** |
| | | Deposits | $850,000.00 |
| | | Dividend & Interest | $214,115.83 |
| | | Tax Withheld | $0.00 |
| BROAD REACH CAPITAL LP | | Corporate Actions | $2,562.44 |
| 200 FOUR FALLS CORP CTR | | Redemptions | $5,993.86 |
| STE 211 | | Withdrawals | ($1,800,000.00) |
| CONSHOHOCKEN PA 19428 | | Other Activity | $29,141,951.34 |
| | | Net Change In Portfolio Value | ($38,222,965.73) |
| | | **Ending Account Value** | **$7,886,472.67** |
| | | **305(c ) Deemed Dividends** | **$0.00** |
| | | **871(m) Dividend Equivalent Payments** | **$0.00** |

| ASSET ALLOCATION SUMMARY | Value Last period | Value This period |
|---|---|---|
| **Cash & Cash Equivalents** | ($54,196,908.83) | ($25,782,285.36) |
| **Equities** | $92,672,820.76 | $42,427,706.03 |
| **Options** | ($20,781,097.00) | ($8,758,948.00) |
| **Fixed Income** | $0.00 | $0.00 |
| **Mutual Funds** | $0.00 | $0.00 |
| **Other Assets** | $0.00 | $0.00 |

Your Order(s) may have been compressed for purposes of this report to create an average price transaction  Each compressed transaction may have multiple executions at different prices  Your Introducing Firm can provide further details concerning such compression upon your request.

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA NYSE HCENSIPAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

Page 1 of 165
ICBC-004479