# EXHIBIT 28



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610 862 0880

# Account Statement

February 01, 2018 - February 28, 2018

**Account Number:** ▮▮▮▮▮▮▮▮0004     **Account Name:** TA 1 LLC

**Account Executive:** BS100

TA 1 LLC
200 FOUR FALLS CORP CTR
STE 211
CONSHOHOCKEN PA 19428

| ACCOUNT VALUATION SUMMARY | Value This period |
|---|---|
| **Beginning Account Value** | $136,201.48 |
| Deposits | $0.00 |
| Dividend & Interest | $22,185.69 |
| Tax Withheld | $0.00 |
| Corporate Actions | $0.00 |
| Redemptions | $0.00 |
| Withdrawals | $0.00 |
| Other Activity | ($158,387.17) |
| Net Change In Portfolio Value | $0.00 |
| **Ending Account Value** | $0.00 |
| **305(c) Deemed Dividends** | $0.00 |
| **871(m) Dividend Equivalent Payments** | $0.00 |

| ASSET ALLOCATION SUMMARY | Value Last period | Value This period |
|---|---|---|
| **Cash & Cash Equivalents** | $136,201.48 | $0.00 |
| **Equities** | | |
| **Options** | | |
| **Fixed Income** | | |
| **Mutual Funds** | | |
| **Other Assets** | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC
       FOIA CONFIDENTIAL TREATMENT REQUESTED BY
       INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

Page 1 of 6

ICBC-004125