# EXHIBIT 29



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610 862 0880

## Account Statement
February 01, 2018 - February 28, 2018

| Account Number: | ███████0011 | Account Name: | CREDIT THE AMERICAS LP |
|---|---|---|---|

**Account Executive:** BS100

CREDIT THE AMERICAS LP
200 FOUR FALLS
STE 211
CONSHOHOCKEN PA 19428

| ACCOUNT VALUATION SUMMARY | Value This period |
|---|---:|
| **Beginning Account Value** | **$2,647,677.88** |
| Deposits | $4,277,000.00 |
| Dividend & Interest | $1,626.83 |
| Tax Withheld | $0.00 |
| Corporate Actions | $0.00 |
| Redemptions | $0.00 |
| Withdrawals | ($3,200,000.00) |
| Other Activity | ($2,821,330.89) |
| Net Change In Portfolio Value | $205,750.00 |
| **Ending Account Value** | **$1,110,723.82** |
| **305(c) Deemed Dividends** | **$0.00** |
| **871(m) Dividend Equivalent Payments** | **$0.00** |

| ASSET ALLOCATION SUMMARY | Value Last period | Value This period |
|---|---:|---:|
| **Cash & Cash Equivalents** | $2,887,052.88 | $1,144,348.82 |
| **Equities** | $0.00 | $0.00 |
| **Options** | ($239,375.00) | ($33,625.00) |
| **Fixed Income** | $0.00 | $0.00 |
| **Mutual Funds** | $0.00 | $0.00 |
| **Other Assets** | $0.00 | $0.00 |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC
    FOIA CONFIDENTIAL TREATMENT REQUESTED BY
    INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

Page 1 of 33

ICBC-007825