# EXHIBIT 30

██████████

For: ██████████

██████████

Re: Transfer of LP interest to ███ Dividend Capture

███ / ██████████ hereby transfers the full balance of its interest in Broad Reach Capital LP to ███ Dividend Capture SPV5 ("the Fund"). This transfer is made for the purposes of facilitating an in-kind subscription to the Fund in the amount of its 2/28/19 balance as determined by Broad Reach Capital LP's administrator, Nottingham.

For: ███

Sign: ██████████

By: ██████████

As: Managing Member, GP

Date: 2/27/19

For: Broad Reach Capital LP

Sign: *Brenda Smith*

By: Brenda Smith

As: Authorized Representative

Date: 2/27/19

For: ▉

▉

Re: Transfer of LP interest to ▉ Fire Dividend Capture

▉ hereby transfers the full balance of its interest in Broad Reach Capital LP to ▉ Dividend Capture SPV5 ("the Fund"). This transfer is made for the purposes of facilitating an in-kind subscription to the Fund in the amount of its 2/28/19 balance as determined by Broad Reach Capital LP's administrator, Nottingham.

For: ▉
Sign: ▉
By: ▉

As: Managing Member, GP

Date: 2/27/19

For: Broad Reach Capital LP

Sign: *Brenda Smith*
By: Brenda Smith
As: Authorized Representative
Date: 2/27/19

SEC-▉E-0011836