# EXHIBIT 31

# Broad Reach Capital OnShore

**Investor Statement For:**

Investor Id:  
Month Beginning:      April 01, 2019  
Month Ended:      April 30, 2019



## Statement of Changes in Partner's Capital (Unaudited)

|  | Current Month | Year to Date |
|---|---|---|
| Beginning Capital | 46,598,676.84 | 0.00 |
| Contributions | 0.00 | 46,090,190.90 |
| Withdrawals | (46,598,676.84) | (46,598,676.84) |
| Gain (Loss) | 0.00 | 508,485.94 |
| Ending Capital | 0.00 | 0.00 |

*These figures are subject to change based upon a year-end audit.*