# EXHIBIT 32

**EXHIBIT B**

## REQUEST FOR REDEMPTION OF LIMITED PARTNERSHIP INTEREST

Broad Reach Capital, LP
c/o Broad Reach Partners, LLC
200 Four Falls, Suite 211
1001 Conshohocken State Road
West Conshohocken, PA 19428

Dear Sir/Madam:

The undersigned limited partner (the "Limited Partner") of Broad Reach Capital, LP (the "Partnership") hereby requests that the Partnership redeem from the Limited Partner's capital account in the Partnership (the "Capital Account") that was established pursuant to the capital contribution made on Jan., Feb., Mar. ___, 20 19 and pay the following amount to the Limited Partner as directed below:

(check one)

__X__  The entire balance of the Limited Partner's Capital Account established for the Limited Partner as of March 31, 2019

_____  The entire balance of the Limited Partner's Capital Accounts in the Partnership

_____  $_____ from the Limited Partner's Capital Account established for the Limited Partner as of _____

on the next available Redemption Date (the "Redemption Date") following receipt of this letter.*

The cash proceeds of such Capital Account should be paid and forwarded to the Limited Partner as follows:

███ Dividend Capture, LP
Name

███████████████████
Address

---

\*   This request for redemption must be received not less than 30 days prior to a Redemption Date. **Requests for redemption must be unconditional. Notices of redemption are irrevocable by the Investor.**

B-1

SEC-███-E-0000243

If desired, set forth instructions for the account to which the cash proceeds of the redemption may be sent by wire transfer:

CIBC Bank USA
Name of Bank

120 South LaSalle Street, Chicago, IL 60603
Address of Bank

0710-0648-6
ABA Number

███1942
Account Number

███Dividend Capture, LP
Name Under Which Account Is Held

**Note:** Redemption proceeds shall be paid to the same account from which the Limited Partner's investment in the Partnership was originally remitted, unless the General Partner, in its sole discretion, agrees otherwise.

Ver████████
████████████
Signature of Limited Partner

Signature(s) Guaranteed by:

_____

███████
Print name

███Dividend Capture, LP (Investing Entity)███
████████

Mailing Address
████████████████

_____

B-2

SEC-███-E-0000244