# EXHIBIT 33



# FW: Broad Reach Capital
3 messages

**Groedel, Howard** <hgroedel@ulmer.com>  Thu, Mar 28, 2019 at 12:00 PM
To: "███████.com" <███████.com>

Just received.

------
Howard M. Groedel
Ulmer & Berne LLP
216.583.7118

---

**From:** Shtasel, Laurence <Shtasel@BlankRome.com>
**Sent:** Thursday, March 28, 2019 11:56 AM
**To:** Groedel, Howard <hgroedel@ulmer.com>
**Cc:** Brenda A Smith <bsmith@cvinv.com>; Zeiger, Alan L. <Zeiger@BlankRome.com>
**Subject:** RE: Broad Reach Capital

Dear Mr. Groedel,

The effective redemption date would be April 30, 2019.  The wire would go out on May 15, 2019.

Sincerely,

**Laurence S. Shtasel** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5691 | F: 215.832.5691 | shtasel@blankrome.com

---

**From:** Groedel, Howard [mailto:hgroedel@ulmer.com]
**Sent:** Wednesday, March 27, 2019 9:17 AM
**To:** Shtasel, Laurence <Shtasel@BlankRome.com>
**Subject:** RE: Broad Reach Capital

Letter received. Thank you.

Can you please tell me the effective redemption date and estimated distribution date of the redemption proceeds?

Regards,

SEC-███-E-0000248

**Howard M. Groedel**



DIRECT: 216.583.7118
DIRECT FAX: 216.583.7119
hgroedel@ulmer.com  |  bio |  vCard

**Ulmer & Berne LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
MAIN: 216.583.7000
Ulmer.com



---

ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.

---

**From:** Shtasel, Laurence <Shtasel@BlankRome.com>
**Sent:** Monday, March 25, 2019 3:57 PM
**To:** Groedel, Howard <hgroedel@ulmer.com>
**Cc:** Brenda A Smith <bsmith@cvinv.com>; Zeiger, Alan L. <Zeiger@BlankRome.com>
**Subject:** FW: Broad Reach Capital

Dear Mr. Groedel, Please see attached letter. Thank you,

**Laurence S. Shtasel | BLANKROME**
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5691 | F: 215.832.5691 | shtasel@blankrome.com
F: 215.569.5555 | peascheck@blankrome.com

*********************************************************************************
**************

This message and any attachments may contain confidential or privileged information and are only for the use of

the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************************

---

▊▊▊▊▊ <▊▊▊▊▊▊▊▊.com>                                                    Thu, Mar 28, 2019 at 1:51 PM
To: "Groedel, Howard" <hgroedel@ulmer.com>

Excellent!!!

Thank you.

[Quoted text hidden]

--
Thanks,
▊▊▊

---

**Groedel, Howard** <hgroedel@ulmer.com>                                 Thu, Mar 28, 2019 at 2:12 PM
To: ▊▊▊▊▊ <▊▊▊▊▊▊▊.com>

Sure!

Howard Groedel
Ulmer|Berne|LLP
Typos courtesy of iPhone

On Mar 28, 2019, at 1:51 PM, ▊▊▊▊ <▊▊▊▊▊▊.com<mailto:▊▊▊▊▊▊.com>> wrote:

Excellent!!!

Thank you.
▊▊▊

On Thu, Mar 28, 2019 at 12:00 PM Groedel, Howard <hgroedel@ulmer.com<mailto:hgroedel@ulmer.com>> wrote:
Just received.

------
Howard M. Groedel
Ulmer & Berne LLP
216.583.7118
From: Shtasel, Laurence <Shtasel@BlankRome.com<mailto:Shtasel@BlankRome.com>>
Sent: Thursday, March 28, 2019 11:56 AM
To: Groedel, Howard <hgroedel@ulmer.com<mailto:hgroedel@ulmer.com>>
Cc: Brenda A Smith <bsmith@cvinv.com<mailto:bsmith@cvinv.com>>; Zeiger, Alan L. <Zeiger@BlankRome.com<mailto:Zeiger@BlankRome.com>>
Subject: RE: Broad Reach Capital

Dear Mr. Groedel,

  The effective redemption date would be April 30, 2019.  The wire would go out on May 15, 2019.

  Sincerely,

Laurence S. Shtasel | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103<https://maps.google.com/?q=130+North+18th+Street+%7C+Philadelphia,+PA+19103&entry=gmail&source=g>
O: 215.569.5691 | F: 215.832.5691 | shtasel@blankrome.com<mailto:shtasel@blankrome.com>
From: Groedel, Howard [mailto:hgroedel@ulmer.com]
Sent: Wednesday, March 27, 2019 9:17 AM
To: Shtasel, Laurence <Shtasel@BlankRome.com<mailto:Shtasel@BlankRome.com>>
Subject: RE: Broad Reach Capital

Letter received. Thank you.

Can you please tell me the effective redemption date and estimated distribution date of the redemption proceeds?

Regards,

Howard M. Groedel

<image001.png><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.ulmer.com_&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=ktD-0_MfPpwmAfgtnW5j4cM-qDaXhoVKJoL01U0L9Kk&e=>

DIRECT: 216.583.7118
DIRECT FAX: 216.583.7119
hgroedel@ulmer.com <mailto:hgroedel@ulmer.com> | bio<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ulmer.com_attorneys_Groedel-2DHoward-2DM&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=XHtwx5TdQNCq4OpiBRvWfzTBwEJmCcWOYMAmz6LeEbM&e=> | vCard<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ulmer.com_wp-2Dcontent_uploads_2015_10_Groedel-5FHoward.vcf&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=2mw-1QUwwmPLMY8zS2wbT496HTPQJki8hRcVHfYRTYA&e=>

Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
MAIN: 216.583.7000
Ulmer.com <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ulmer.com&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=ecg-BjkGOxJG6FM-AGu0HoEVTBNI_B7LMF2YHYCBF8k&e=>

<image002.png><https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_ulmer.berne.llp&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=RRfymIbPbImLK6p45z6a2IZh58boddLYk7GBjcYSTeQ&e=>
<image003.png> <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.linkedin.com_pub_howard-2Dgroedel_5_182_948&d=DwMF-g&c=qmgb7o64HbcJ-G-pnw2rSw&r=x_LzQtm3dqXek0mFMndkd5mn7jZK02DjTIvpPfv_-MA&m=sZ7IA2at3LjdYw4Qt03WWh2WEBf1TvLw3rhvYKNYVT0&s=yoL4YYOzHMRYQ3sRGlFzwayNaD8BCooK3daBbtSuu68&e=>

---

ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.

From: Shtasel, Laurence <Shtasel@BlankRome.com<mailto:Shtasel@BlankRome.com>>
Sent: Monday, March 25, 2019 3:57 PM
To: Groedel, Howard <hgroedel@ulmer.com<mailto:hgroedel@ulmer.com>>
Cc: Brenda A Smith <bsmith@cvinv.com<mailto:bsmith@cvinv.com>>; Zeiger, Alan L. <Zeiger@BlankRome.com<mailto:Zeiger@BlankRome.com>>
Subject: FW: Broad Reach Capital

Dear Mr. Groedel, Please see attached letter. Thank you,

Laurence S. Shtasel | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103<https://maps.google.com/?q=130+North+18th+Street+%7C+Philadelphia,+PA+19103&entry=gmail&source=g>
O: 215.569.5691 | F: 215.832.5691 | shtasel@blankrome.com<mailto:shtasel@blankrome.com>
F: 215.569.5555 | peascheck@blankrome.com<mailto:peascheck@blankrome.com>

[Quoted text hidden]

---

3 attachments

 image001.png
2K

image003.png
1K

image002.png
1K

SEC-    -E-0000252