# EXHIBIT 34

# Corporate Business
PNC Bank

**For the period 12/31/2016 to 01/31/2017**

CREDIT THE AMERICAS LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ▇▇▇▇1779
Page 1 of 1
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Credit The Americas Lp

Account number: ▇▇▇▇1779
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,594.46 | 0.00 | 0.00 | 2,594.46 |

### Deposits and Other Additions

| | | |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| | | |
|---|---|---|
| Total | 0 | 0.00 |