# EXHIBIT 35



200 Four Falls Corp Center
Suite 211
Conshohocken, PA 19428
(610) 671.2347

May 31, 2019

Dear Limited Partner:

This serves as notice that I am in receipt of your redemption request. There has been a slight delay in receiving funds based on the attached resolution. As such, I wanted to provide this proof of funds so that your underlying investors know that their capital is intact.

I do anticipate being able to transmit the funds during the month of June and will continue to work on increasing liquidity of this asset. I will keep you informed accordingly.

Sincerely,

*Brenda Smith*

Brenda Smith

Authorized Representative

## CV INTERNATIONAL INVESTMENTS LIMITED

## ACTION BY WRITTEN CONSENT OF THE DIRECTORS

### Effective As of December 31, 2017

The undersigned, being all the Directors (the "*Directors*") of CV International Investments Limited, a private limited company in England (the "*Company*"), do hereby consent in writing to the adoption of the following resolutions, to have the same force and effect as if duly adopted at a duly convened meeting:

**RESOLVED**, the Company is the owner of medium term notes issued by HSBC Holdings PLC with the ISIN No. US404280AH22 and has transferred $100 Million of such notes to Broad Reach Capital LP effective as December 31, 2017 and such transfer is hereby ratified, approved, adopted and confirmed; and be it further

**RESOLVED**, that the authorized persons of the Company (each, an "*Authorized Person*" and collectively, the "*Authorized Persons*") are authorized and directed, in the name and on behalf of the Company to take any and all such actions and to execute and deliver and file and record, as the case may be, any and all such documents, agreements, instruments, certificates and instructions (however characterized or described) or amendments thereto and to pay all fees and expenses as any of such Authorized Persons may deem necessary, appropriate or desirable in order to carry into effect the purposes and intent of the foregoing resolution or the transactions contemplated therein or thereby, and any required governmental agency filings, as shall be evidenced conclusively by the taking of such actions or the execution and delivery and the filing and recording, as the case may be, of such documents, agreements, instruments, certificates or instructions; and be it further

**RESOLVED**, that any and all actions heretofore or hereafter taken and any and all documents, agreements, instruments, certificates or instructions (however characterized or described) heretofore or hereafter executed and delivered or filed and recorded, as the case may be, in the name and on behalf of the Company in order to carry into effect the purposes and intent of the foregoing resolutions or the transactions contemplated therein or thereby are hereby ratified, confirmed, adopted and approved as the act and deed of the Company; and be it further

**FURTHER RESOLVED**, that this written consent may be (1) executed in counterparts (including in .pdf format), each of which shall be deemed an original but all of which together will constitute one and the same instrument and (2) executed and delivered by the undersigned by facsimile, .pdf, telecopy or any other reproduction of this written consent or similar instantaneous electronic transmission device pursuant to which the signature of or on behalf of the undersigned can be seen, and such execution and delivery shall be considered valid, binding and effective for all purposes.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent of the Directors of the Company to be effective as of the date first written above.

DIRECTORS:

_____
BRENDA SMITH

_____
RENATO ESCOBAR IREGUI