# EXHIBIT 36

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 1

```
1   FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA)
2   DEPARTMENT OF MEMBER REGULATION
3   ------------------------------------------------x
4   In the Matter of:
5      CV BROKERAGE, INC.              Matter Number:
6   Testimony of:                      20170523259
7      BRENDA SMITH
8   ------------------------------------------------x
9                                      1601 Market Street
                                       Suite 2700
10                                     Philadelphia, PA
11                                     May 13, 2019
                                       10:22 a.m.
12
13  A P P E A R A N C E S:
14  For the Department of Member Regulation:
15  ANTHONY D'AVERSA, Principal Examiner
16  RICHARD MATTEO, Principal Examiner
17  For the Department of Enforcement:
18  KAREN DALY, Principal Counsel
19  LISA M. COLONE, Chief Counsel
20
21  For the Witness:
22  LAW OFFICE OF THOMAS J. McCABE
        2389 Yorktown Street
23      Oceanside, New York  11527
24  BY:  THOMAS J. McCABE, ESQ.
```

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 131

```
 1        Q.      Where are the assets today?
 2        A.      I need to refer to my records.
 3        Q.      Other than ICBC, are there any
 4   other brokerages that have custody of Broad
 5   Reach assets today?
 6        A.      Yes.
 7        Q.      What are those brokerage today?
 8        A.      As I recall, Wedbush.
 9        Q.      Okay.
10        A.      HSBC, PNC.  That's what I recall
11   off the top of my head today.
12        Q.      At PNC, are the Broad Reach
13   assets in a brokerage account or is that purely
14   a banking relationship?
15        A.      Banking relationship.
16        Q.      At HSBC, is that banking,
17   brokerage or both?
18        A.      Both.
19        Q.      Approximately how much is in the
20   HSBC account today?
21        A.      As it relates to Broad Reach,
22   approximately 100 million today.
23        Q.      And when was the HSBC brokerage
24   account opened for Broad Reach?
```

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 132

```
 1          A.      It's not necessarily in Broad
 2   Reach's name, but the custody relationship is
 3   about January 2019.
 4          Q.      And in what name are the assets
 5   held, if not Broad Reach?
 6          A.      An entity of mine.
 7          Q.      What's the name of that entity?
 8          A.      CV International Investments,
 9   Limited.
10          Q.      And approximately how much is in
11   the -- when you say there is a hundred million,
12   is that bank and brokerage both at HSBC?
13          A.      The total is much more than
14   that.  The total allocated to Broad Reach is
15   what I've answered.
16          Q.      And how is that allocation
17   reflected?
18          A.      Resolution.
19          Q.      Is this a corporate resolution?
20          A.      Yes, corporate.
21          Q.      What's the name of the
22   corporation?
23          A.      I gave it to you Ms. Daly, CV
24   International Investments, Limited.
```

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 133

1      Q.      And who signed that resolution?
2      A.      I did.
3      Q.      Anyone else?
4      A.      No.
5      Q.      What's the date of that
6  resolution?
7              MR. McCABE:  Excuse me --
8              THE WITNESS:  I don't recall.
9              MR. McCABE:  What is the purpose
10     of this?  Excuse me.  What is the
11     purpose of this?
12             MS. COLONE:  We don't have to
13     answer that.  Just answer the question.
14             THE WITNESS:  I answered.
15             MR. McCABE:  Anything is up for
16     grabs, right?
17             MS. COLONE:  These are brokerage
18     accounts she has.
19             MR. McCABE:  Anything is up for
20     grabs.  Bring somebody in on the record,
21     you just ask anything.
22             MS. COLONE:  Stop.  We're asking
23     about brokerage accounts that she
24     controls.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Page 382

1          C E R T I F I C A T E
2    STATE OF PENNSYLVANIA:
3    COUNTY OF MONTGOMERY:
4
5         I, Michelle A. Landman, a Shorthand
6    Reporter and Notary Public of the State of
7    Pennsylvania, do hereby certify:
8         That within is a true and accurate
9    transcript of the proceedings taken before the
10   FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA) on
11   the 13th day of May, 2019
12        I further certify that I am not related to
13   any of the parties to this action by blood or
14   marriage and that I am in no way interested in the
15   outcome of this matter.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 28th day of May, 2019
18
19
20   *[signature: Michelle A. Landman]*
21        Michelle A. Landman
22
23
24