# EXHIBIT 37

**From:** Brenda Smith <bsmith@broadreachcap.com>
**Sent:** Friday, May 31, 2019 6:36 PM
**To:** ▇▇▇▇▇▇ <▇▇▇▇@▇▇▇▇.com>
**Subject:** Bank Statement

▇▇ –

See attached dated May 1, 2019 for the bank statement related to US404280AH22. Thanks, Brenda

1



SEC-   -E-0000280