# EXHIBIT 38

**Broad Reach Capital LP**
**Listing of Assets**
**Valued as of June 30, 2019**

| | |
|---|---:|
| PNC Checking | 750,155.17 |
| Note receivable - Rubicon collateral | 1,500,000.00 |
| PriCo - 30,000 shares Lyft | 1,971,300.00 |
| Prime Brokerage Account (s) | 2,637,118.00 |
| PriCo - 180,000 shares Palantir | 2,817,818.18 |
| Interest receivable | 3,875,000.00 |
| Note receivable - Private holdings | 6,000,000.00 |
| Note receivable - Real estate holdings | 6,000,000.00 |
| Trader stop loss reserves | 5,500,000.00 |
| Securitized cryptocurrency | 20,250,000.00 |
| HSBC ISIN US404280AH22 | 129,560,000.00 |
| | 180,861,391.35 |