EXHIBIT 39



**CV BROKERAGE**

**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

| Account Number: | 0250- | Account Name: | BROAD REACH CAPITAL LP |
|---|---|---|---|

**Account Executive:** BS100

BROAD REACH CAPITAL LP
200 FOUR FALLS CORP CTR
STE 211
CONSHOHOCKEN PA 19428

| ACCOUNT VALUATION SUMMARY | Value This period |
|---|---|
| **Beginning Account Value** | **$1,620,299.03** |
| Deposits | $0.00 |
| Dividend & Interest | ($6,105.06) |
| Tax Withheld | $0.00 |
| Corporate Actions | $0.00 |
| Redemptions | $0.00 |
| Withdrawals | ($950,000.00) |
| Other Activity | $5,637,329.15 |
| Net Change In Portfolio Value | ($5,648,959.29) |
| **Ending Account Value** | **$652,563.83** |
| **305(c ) Deemed Dividends** | **$0.00** |
| **871(m) Dividend Equivalent Payments** | **$0.00** |

| ASSET ALLOCATION SUMMARY | Value Last period | Value This period | |
|---|---|---|---|
| **Cash & Cash Equivalents** | ($4,030,055.77) | $651,168.32 | |
| **Equities** | $7,094,881.30 | $1,395.51 | |
| **Options** | ($1,444,526.50) | $0.00 | |
| **Fixed Income** | $0.00 | $0.00 | |
| **Mutual Funds** | $0.00 | $0.00 | |
| **Other Assets** | $0.00 | $0.00 | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 1 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113744



**CV BROKERAGE**

**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

## Account Statement

June 01, 2019 - June 30, 2019

| Account Number: | 0250- | Account Name: | BROAD REACH CAPITAL LP |
|---|---|---|---|

### DISCLOSURES

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify your Introducing Broker, whose address can be found on the first page of this statement, and Industrial and Commercial Bank of China Financial Services, LLC (ICBCFS) within ten (10) days of your receipt of this statement. For any oral communications to ICBCFS, please call (833) 393 2852 however, you should re-confirm in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Industrial and Commercial Bank of China Financial Services, LLC Attn: Compliance Department, 1633 Broadway 28th Floor, New York, NY 10019.

- Transactions appearing on this statement may include those, if any, that have been executed by another broker-dealer, but cleared through this account. Please check your confirmation(s) to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service (IRS) all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS. ICBCFS does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement for a margin account and we maintain a special miscellaneous account maintained for you under section 220.5(A) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on ICBCFS books are not segregated and may be used in the conduct of ICBCFS business.
- The prices of securities displayed on your statement are derived from various sources and may be higher or lower than the price that you would actually receive in the market. ICBCFS will make reasonable efforts to price unpriced securities provided a closing price occurring within the statement period is available. If we are unable to obtain a closing price, we may use the current bid, ask, or mean between the bid and ask in order to provide a market value for a security. If a price is not readily available, a zero price and zero market value will be displayed for that security in the "HOLDINGS" section of the statement. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities price.
- If this statement contains month-end valuations for products such as; Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Account Holdings Lists the open positions in your account as of the last day of the statement for transactions that have not yet settled. Buys and

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 2 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113745

Case 2:19-cv-17213-MCA-ESK   Document 1-44   Filed 08/27/19   Page 4 of 14 PageID: 406



| | **CV BROKERAGE INC**<br>200 FOUR FALLS, SUITE 211<br>WEST CONSHOHOCKEN PA 19428<br>Phone : 610-862-0880 | **Account Statement**<br>June 01, 2019 - June 30, 2019 |
|---|---|---|

| **Account Number:** ▓▓▓▓0250- | **Account Name:** BROAD REACH CAPITAL LP | |

sells appearing on the statement are posted on a trade date basis.

- ICBCFS is a member of the Securities Investor Protection Corporation (SIPC). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. The SIPC does not protect against the market risks associated with investing. Positions that are held away are not in the custody or control of ICBCFS nor are they covered by SIPC or the additional protection secured by ICBCFS. For Securities held in A/C Type L, which are those on loan in a Fully Paid Lending Program, the provisions of the Securities Investor Protection Act of 1970 may not protect you as a lender with respect to securities loan transactions in which you lend to ICBCFS your Fully-Paid Securities. Therefore, the collateral delivered to you (and indicated on this account statement) by ICBCFS may constitute the only source of satisfaction of ICBCFSs obligation in the event that ICBCFS fails to return the securities. For more information, please go to www.SIPC.com .
- For an investor brochure that includes information describing FINRAs Public Disclosure Program, Please contact FINRA at 800-289-9999 or www.finra.org .
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise your Introducing Broker in writing of any material change in your investment objectives, financial situation, or other material information.
- ICBCFSs Financial Statements are available for your personal inspection at any of ICBCFSs offices, at the regional office of the Securities and Exchange Commission in New York, or a copy will be mailed to you upon your written request. You may also visit our website at www.icbcfs.com/financialcondition or call (833) 393-2852 to obtain a copy.
- Information with respect to commission and other charges incurred in connection with the execution of transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your Introducing Broker.
- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- Further information with respect to commissions and other charges related to the execution of options transactions has been included in confirmation that have been previously provided to you and will be provided to you promptly upon request.
- Call features shown on any fixed income security indicate the nearest regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. Dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to any estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figured would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimate Yield reflects only the income generated by an investment. It does not reflect changes upon in price, which may fluctuate.

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 3 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113746



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

**Account Statement**

June 01, 2019 - June 30, 2019

**Account Number:** 0250-    **Account Name:** BROAD REACH CAPITAL LP

- Market Linked Investments (MLIs) are buy and hold investments and are values at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debt balance, but only to the extent such credit balances do not exceed such debt balances.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

**Page 4 of 13**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113747



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

## Account Statement
June 01, 2019 - June 30, 2019

**Account Number:** 0250-    **Account Name:** BROAD REACH CAPITAL LP

## BALANCES
### Balance Summary

| Type | Trade Date Balance | Settlement Date Balance |
|---|---|---|
| CASH ACCOUNT | $0.00 | $0.00 |
| PORTFOLIO MARGIN A/c | $651,168.32 | ($1,116,412.23) |

| Currency | Trade Date Balance | Exchange Rate | USD Equivalent | Settlement Date Balance | Exchange Rate | USD Equivalent |
|---|---|---|---|---|---|---|
| US Dollar | $651,168.32 | 1.000000 | $651,168.32 | ($1,116,412.23) | 1.000000 | (1,116,412.23) |
| Totals | | | 651,168.32 | | | (1,116,412.23) |

## HOLDINGS
### Equity

| Description | Symbol | Quantity | Unit Cost | Total Cost | Market Price | Market Value | Gain/ (Loss) | A/C Type |
|---|---|---|---|---|---|---|---|---|
| TREMOR INTL LTD ORD ILS0.01 (DI) | IL001132034 | 932 | 0.00 | 0.00 | 1.497325 | 1,395.51 | 1,395.51 | P |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 5 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113748



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

**Account Number:** 0250-    **Account Name:** BROAD REACH CAPITAL LP

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/2019 | 06/04/2019 | USD | | | | | |
| 06/03/2019 | 06/05/2019 | USD | | | | | |
| 06/03/2019 | 06/05/2019 | USD | | | | | |
| 06/03/2019 | 06/05/2019 | USD | | | | | |
| 06/04/2019 | 06/04/2019 | USD | | | | | |
| 06/04/2019 | 06/06/2019 | USD | | | | | |
| 06/04/2019 | 06/05/2019 | USD | | | | | |
| 06/04/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/06/2019 | USD | | | | | |
| 06/05/2019 | 06/07/2019 | USD | | | | | |
| 06/05/2019 | 06/07/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | CLTW | Funds wired to Broad Reach Capital LP | | | 200,000.00 |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

**Page 6 of 13**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113749



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

**Account Number:** ▆▆▆▆0250-     **Account Name:**   BROAD REACH CAPITAL LP

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/10/2019 | USD | | | | | |
| 06/10/2019 | 06/11/2019 | USD | | | | | |
| 06/10/2019 | 06/11/2019 | USD | | | | | |
| 06/10/2019 | 06/11/2019 | USD | | | | | |
| 06/10/2019 | 06/11/2019 | USD | | | | | |
| 06/10/2019 | 06/12/2019 | USD | | | | | |
| 06/10/2019 | 06/12/2019 | USD | | | | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 7 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113750



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

**Account Number:** ▇▇▇0250-     **Account Name:** BROAD REACH CAPITAL LP

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2019 | 06/12/2019 | USD | | | | | |
| 06/10/2019 | 06/12/2019 | USD | | | | | |
| 06/12/2019 | 06/13/2019 | USD | | | | | |
| 06/12/2019 | 06/14/2019 | USD | | | | | |
| 06/12/2019 | 06/13/2019 | USD | | | | | |
| 06/12/2019 | 06/14/2019 | USD | | | | | |
| 06/12/2019 | 06/13/2019 | USD | | | | | |
| 06/12/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/14/2019 | USD | | | | | |
| 06/13/2019 | 06/13/2019 | USD | | | | | |
| 06/13/2019 | 06/17/2019 | USD | | | | | |
| 06/13/2019 | 06/17/2019 | USD | | | | | |
| 06/13/2019 | 06/17/2019 | USD | | | | | |
| 06/13/2019 | 06/17/2019 | USD | | | | | |
| 06/13/2019 | 06/17/2019 | USD | | | | | |
| 06/14/2019 | 06/17/2019 | USD | | | | | |
| 06/14/2019 | 06/17/2019 | USD | | | | | |
| 06/14/2019 | 06/18/2019 | USD | | | | | |
| 06/14/2019 | 06/18/2019 | USD | | | | | |
| 06/18/2019 | 06/19/2019 | USD | | | | | |
| 06/18/2019 | 06/19/2019 | USD | | | | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

**Page 8 of 13**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113751



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

**Account Number:**  CVBR-CON-100250-       **Account Name:**   BROAD REACH CAPITAL LP

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/18/2019 | 06/19/2019 | USD | | | | | |
| 06/18/2019 | 06/19/2019 | USD | | | | | |
| 06/18/2019 | 06/19/2019 | USD | | | | | |
| 06/18/2019 | 06/20/2019 | USD | | | | | |
| 06/18/2019 | 06/20/2019 | USD | | | | | |
| 06/18/2019 | 06/20/2019 | USD | | | | | |
| 06/18/2019 | 06/20/2019 | USD | | | | | |
| 06/20/2019 | 06/21/2019 | USD | | | | | |
| 06/20/2019 | 06/21/2019 | USD | | | | | |
| 06/20/2019 | 06/21/2019 | USD | | | | | |
| 06/20/2019 | 06/21/2019 | USD | | | | | |
| 06/20/2019 | 06/21/2019 | USD | | | | | |
| 06/20/2019 | 06/20/2019 | USD | | | | | |
| 06/20/2019 | 06/24/2019 | USD | | | | | |
| 06/20/2019 | 06/24/2019 | USD | | | | | |
| 06/20/2019 | 06/24/2019 | USD | | | | | |
| 06/20/2019 | 06/24/2019 | USD | | | | | |
| 06/20/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/25/2019 | USD | | | | | |
| 06/21/2019 | 06/25/2019 | USD | | | | | |
| 06/21/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/25/2019 | USD | | | | | |
| 06/21/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/25/2019 | USD | | | | | |
| 06/21/2019 | 06/24/2019 | USD | | | | | |
| 06/21/2019 | 06/25/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 9 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113752



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

| Account Number: | 0250- | Account Name: | BROAD REACH CAPITAL LP |

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |

Account Carried and Cleared by: Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113753


CV BROKERAGE

**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

**Account Number:** ████████ 0250-    **Account Name:**   BROAD REACH CAPITAL LP

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/24/2019 | 06/24/2019 | USD | | | | | |
| 06/26/2019 | 06/27/2019 | USD | | | | | |
| 06/26/2019 | 06/27/2019 | USD | | | | | |
| 06/26/2019 | 06/28/2019 | USD | | | | | |
| 06/26/2019 | 06/28/2019 | USD | | | | | |
| 06/26/2019 | 06/28/2019 | USD | | | | | |
| 06/27/2019 | 06/28/2019 | USD | | | | | |
| 06/27/2019 | 06/28/2019 | USD | | | | | |
| 06/27/2019 | 07/01/2019 | USD | | | | | |
| 06/27/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 11 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113754



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

Account Statement

June 01, 2019 - June 30, 2019

| Account Number: ████████0250- | Account Name: BROAD REACH CAPITAL LP |
| --- | --- |

**ACTIVITY**

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 06/28/2019 | USD | CLTW | Funds wired to Broad Reach Capital LP | | | 750,000.00 |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/01/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |
| 06/28/2019 | 07/02/2019 | USD | | | | | |

Account Carried and Cleared by: Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113755



**CV BROKERAGE INC**
200 FOUR FALLS, SUITE 211
WEST CONSHOHOCKEN PA 19428
Phone : 610-862-0880

## Account Statement

June 01, 2019 - June 30, 2019

**Account Number:** ███████████   **Account Name:**   BROAD REACH CAPITAL LP

### ACTIVITY

| Trade Date | Settle Date | Currency | Activity Type | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/28/2019 | 07/02/2019 | | | | | | |
| 06/28/2019 | 07/02/2019 | | | | | | |
| 06/28/2019 | 08/28/2019 | | | | | | |

### IMPORTANT INFORMATION

**Your Default Tax Lot Disposition Method is:**          First-In, First-Out

**End of Statement**

Account Carried and Cleared by:  Industrial and Commercial Bank of China Financial Services, LLC
MEMBER: FINRA, NYSE and SIPC

Page 13 of 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

ICBC-113756