# EXHIBIT 40

```
HSBC 6 ½ 09/15/37  $↑130.226     +.623    159.3 bp vs T 3.00 02/15/2049
                   At 17:00                Source BMRK
HSBC 6 ½ 09/15/37 Corp   Settings ▼  Actions ▼        Page 1/12  Security Description: Bond
                                              94) Notes          95) Buy         96) Sell
19) Bond Description   20) Issuer Description
```

| Pages | Issuer Information | | | | Identifiers | |
|---|---|---|---|---|---|---|
| 11) Bond Info | Name | HSBC HOLDINGS PLC | | | ISIN | US404280AH22 |
| 12) Addtl Info | Industry | Diversified Banks | | | ID Number | EG8100448 |
| 13) Reg/Tax | Security Information | | | | CUSIP | 404280AH2 |
| 14) Covenants | Mkt Iss | Global | | | Bond Ratings | |
| 15) Guarantors | Country | GB | Currency | USD | Moody's | A3 |
| 16) Bond Ratings | Rank | Subordinated | Series | | S&P | BBB+ |
| 17) Identifiers | Coupon | 6.500000 | Type | Fixed | Fitch | A+ |
| 18) Exchanges | Cpn Freq | S/A | | | Composite | A- |
| 19) Inv Parties | Day Cnt | 30/360 | Iss Price | 99.76300 | Issuance & Trading | |
| 20) Fees, Restrict | Maturity | 09/15/2037 | | | Amt Issued/Outstanding | |
| 21) Schedules | BULLET | | | | USD | 2,500,000.00 (M) / |
| 22) Coupons | Iss Sprd | +175.00bp vs T 4 ¾ 02/15/37 | | | USD | 2,500,000.00 (M) |
| Quick Links | Calc Type | (1)STREET CONVENTION | | | Min Piece/Increment | |
| 32) ALLQ  Pricing | Pricing Date | | | 09/05/2007 | 100,000.00 / 1,000.00 | |
| 33) QRD   Qt Recap | Interest Accrual Date | | | 09/12/2007 | Par Amount | 1,000.00 |
| 34) TDH   Trade Hist | 1st Settle Date | | | 09/12/2007 | Book Runner | HSBC |
| 35) CACS  Corp Action | 1st Coupon Date | | | 03/15/2008 | Reporting | TRACE |
| 36) CF    Prospectus | LONG 1ST CPN. | | | | | |
| 37) CN    Sec News | | | | | | |
| 38) HDS   Holders | | | | | | |
| 66) Send Bond | | | | | | |

SEC-███-E-0000087

**HSBC 6 ½ 09/15/37** $↑130.226   +.623   159.3 bp vs T 3.00 02/15/2049
At 17:02   Source BMRK

HSBC 6 ½ 09/15/37 | 2) Export | Settings | Security Ownership
HSBC 6 ½ 09/15/37 - HSBC HLDGS PLC   CUSIP 404280AH
1) Current | 2) Historical | 3) Matrix | 4) Debt
Search Name: All Holders, Sorted by Size | 21) Save Search | 22) Delete Search | 23) Refine Search
Text Search: | Holder Group: All Holders | Investment Manager View
24) Color Legend   % Out 38.38

| # | Holder Name | Portfolio Name | Source | Opt | Position | % Out | Latest Chg | File Dt |
|---|---|---|---|---|---|---|---|---|
| 1 | Dodge & Cox | Multiple Portfolios | MF-AGG | | 244,781 | 9.79 | 0 | 03/31/19 |
| 2 | Vanguard Group Inc/The | | ULT-AGG | | 123,060 | 4.92 | 9,875 | 05/31/19 |
| 3 | Prudential Financial Inc | | ULT-AGG | | 63,283 | 2.53 | -920 | 04/30/19 |
| 4 | Allianz SE | | ULT-AGG | | 60,600 | 2.42 | 0 | 03/31/19 |
| 5 | BlackRock Inc | | ULT-AGG | | 54,350 | 2.17 | 408 | 06/26/19 |
| 6 | Sun Life Financial Inc | | ULT-AGG | | 37,861 | 1.51 | 0 | 03/31/19 |
| 7 | American International Gro... | | ULT-AGG | | 36,296 | 1.45 | -533 | 03/31/19 |
| 8 | Capital Securities Investm... | Multiple Portfolios | MF-AGG | | 31,469 | 1.26 | 1,071 | 06/21/19 |
| 9 | American Equity Investmen... | Multiple Portfolios | Sch-D | | 25,000 | 1.00 | 0 | 03/31/19 |
| 10 | Liberty National Life Insur... | | ULT-AGG | | 20,000 | 0.80 | 0 | 03/31/19 |
| 11 | Northwestern Mutual Life L... | | ULT-AGG | | 20,000 | 0.80 | 2,475 | 03/31/19 |
| 12 | Dai-ichi Life Holdings Inc ... | | ULT-AGG | | 16,000 | 0.64 | 0 | 03/31/19 |
| 13 | EquiTrust Life Insurance Co | Multiple Portfolios | Sch-D | | 15,830 | 0.63 | 0 | 03/31/19 |
| 14 | Aegon NV | | ULT-AGG | | 15,000 | 0.60 | 0 | 03/31/19 |
| 15 | FGL Holdings | | ULT-AGG | | 15,000 | 0.60 | 0 | 03/31/19 |
| 16 | Massachusetts Mutual Life ... | | ULT-AGG | | 13,725 | 0.55 | -735 | 03/31/19 |
| 17 | SEI Investments Co | | ULT-AGG | | 10,190 | 0.41 | 0 | 05/31/19 |
| 18 | Aetna Inc | | ULT-AGG | | 9,135 | 0.37 | 0 | 03/31/19 |
| 19 | FMR LLC | | ULT-AGG | | 9,007 | 0.36 | -1,490 | 04/30/19 |
| 20 | Lincoln Benefit Life Co | Multiple Portfolios | Sch-D | | 9,000 | 0.36 | 0 | 03/31/19 |
| 21 | Manulife Financial Corp | | ULT-AGG | | 7,935 | 0.32 | 5,000 | 03/31/19 |
| 22 | Thrivent Financial for Luth... | Multiple Portfolios | Sch-D | | 7,000 | 0.28 | 0 | 03/31/19 |
| 23 | HSBC Group | | ULT-AGG | | 6,925 | 0.28 | 6,925 | 03/31/19 |
| 24 | Forethought Life Insurance... | Multiple Portfolios | Sch-D | | 6,244 | 0.25 | 0 | 03/31/19 |

**FIFW MSGA**

Document screenshot_1561669375382.png upload complete. FILE<GO> to view. MSGA<GO>

HSBC 6 ½ 09/15/37    29) Export    Settings    Security Ownership

HSBC 6 ½ 09/15/37 - HSBC HLDGS PLC    CUSIP 404280AH

| | Current | Historical | Matrix | Debt |

Search Name: All Holders, Sorted by Size    21) Save Search    22) Delete Search    23) Refine Search
Text Search:    Holder Group: All Holders    Investment Manager View
24) Color Legend    % Out 38.38

| # | Holder Name | Portfolio Name | Source | Opt | Position | % Out | Latest Chg | File Dt |
|---|---|---|---|---|---|---|---|---|
| 46 | CareFirst Inc | | ULT-AGG | | 1,550 | 0.06 | 150 | 03/31/19 |
| 47 | Frost Investment Advisors | Multiple Portfolios | MF-AGG | | 1,500 | 0.06 | 0 | 06/26/19 |
| 48 | Lincoln National Corp | | ULT-AGG | | 1,500 | 0.06 | 0 | 03/31/19 |
| 49 | Athene Holding Ltd | | ULT-AGG | | 1,300 | 0.05 | 0 | 03/31/19 |
| 50 | Zuercher Kantonalbank | Multiple Portfolios | MF-AGG | | 1,225 | 0.05 | 7 | 03/29/19 |
| 51 | Charles Schwab Corp/The | | ULT-AGG | | 1,155 | 0.05 | -500 | 06/26/19 |
| 52 | SWISS RE AG | | ULT-AGG | | 1,000 | 0.04 | 0 | 03/31/19 |
| 53 | Guardian Life Insurance Co | | ULT-AGG | | 1,000 | 0.04 | 0 | 03/31/19 |
| 54 | Fuh Hwa Investment Trust | Multiple Portfolios | MF-AGG | | 899 | 0.04 | 499 | 05/31/19 |
| 55 | Power Corp of Canada | | ULT-AGG | | 750 | 0.03 | 0 | 12/31/18 |
| 56 | Mason Street Advisors LLC | Multiple Portfolios | MF-AGG | | 704 | 0.03 | 704 | 03/31/19 |
| 57 | Yuanta Securities Investm | Multiple Portfolios | MF-AGG | | 679 | 0.03 | 0 | 05/31/19 |
| 58 | DekaBank Deutsche Giroze | Multiple Portfolios | MF-AGG | | 650 | 0.03 | 0 | 12/28/18 |
| 59 | Nationwide Fund Advisors | Multiple Portfolios | MF-AGG | | 600 | 0.02 | 0 | 05/31/19 |
| 60 | Slovene National Benefit S | Multiple Portfolios | Sch-D | | 525 | 0.02 | 0 | 03/31/19 |
| 61 | CENTURYLINK INC MASTER | Multiple Portfolios | MF-AGG | | 505 | 0.02 | 0 | 12/31/17 |
| 62 | Assicurazioni Generali SpA | | ULT-AGG | | 500 | 0.02 | 0 | 02/28/18 |
| 63 | GuideStone Capital Manage | Multiple Portfolios | MF-AGG | | 500 | 0.02 | 0 | 03/31/19 |
| 64 | Catholic United Financial | Multiple Portfolios | Sch-D | | 475 | 0.02 | 0 | 03/31/19 |
| 65 | Goldman Sachs Group Inc/ | | ULT-AGG | | 420 | 0.02 | 0 | 06/26/19 |
| 66 | Insurance Co of the West | | ULT-AGG | | 400 | 0.02 | 0 | 03/31/19 |
| 67 | Consulting Group Advisory | Multiple Portfolios | MF-AGG | | 390 | 0.02 | 0 | 03/29/19 |
| 68 | Mackenzie Investments Corp | Multiple Portfolios | MF-AGG | | 336 | 0.01 | 0 | 06/25/19 |
| 69 | Highmark BCBSD Inc | Multiple Portfolios | Sch-D | | 325 | 0.01 | 0 | 03/31/19 |

```
FIFW MSGA
Document screenshot_1561669406198.png upload complete. FILE<GO> to view. MSGA<GO
HSBC 6 ½ 09/15/37      2) Export          Settings                                    Security Ownership
HSBC 6 ½ 09/15/37 - HSBC HLDGS PLC                                                       CUSIP 404280AH
1) Current   2) Historical   3) Matrix   7) Debt
Search Name  All Holders, Sorted by Size  •  21) Save Search   22) Delete Search        23) Refine Search
Text Search                              Holder Group All Holders          •   ☐ Investment Manager View
24) Color Legend                  % Out  38.38
```

| Holder Name | Portfolio Name | Source | Opt | Position | % Out | Latest Chg | File Dt |
|---|---|---|---|---|---|---|---|
| 58. DekaBank Deutsche Giroze... | Multiple Portfolios | MF-AGG | | 650 | 0.03 | 0 | 12/28/18 |
| 59. Nationwide Fund Advisors | Multiple Portfolios | MF-AGG | | 600 | 0.02 | 0 | 05/31/19 |
| 60. Slovene National Benefit S... | Multiple Portfolios | Sch-D | | 525 | 0.02 | 0 | 03/31/19 |
| 61. CENTURYLINK INC MASTER... | Multiple Portfolios | MF-AGG | | 505 | 0.02 | 0 | 12/31/17 |
| 62. Assicurazioni Generali SpA | | ULT-AGG | | 500 | 0.02 | 0 | 02/28/18 |
| 63. GuideStone Capital Manage... | Multiple Portfolios | MF-AGG | | 500 | 0.02 | 0 | 03/31/19 |
| 64. Catholic United Financial | Multiple Portfolios | Sch-D | | 475 | 0.02 | 0 | 03/31/19 |
| 65. Goldman Sachs Group Inc/... | | ULT-AGG | | 420 | 0.02 | 0 | 06/26/19 |
| 66. Insurance Co of the West | | ULT-AGG | | 400 | 0.02 | 0 | 03/31/19 |
| 67. Consulting Group Advisory... | Multiple Portfolios | MF-AGG | | 390 | 0.02 | 0 | 03/29/19 |
| 68. Mackenzie Investments Corp | Multiple Portfolios | MF-AGG | | 336 | 0.01 | 0 | 06/25/19 |
| 69. Highmark BCBSD Inc | Multiple Portfolios | Sch-D | | 325 | 0.01 | 0 | 03/31/19 |
| 70. Northern Trust Corp | Multiple Portfolios | MF-AGG | | 300 | 0.01 | 0 | 03/31/19 |
| 71. Mizuho Financial Group Inc | | ULT-AGG | | 280 | 0.01 | 0 | 11/15/18 |
| 72. Advantage Workers Compe... | Multiple Portfolios | Sch-D | | 250 | 0.01 | 0 | 03/31/19 |
| 73. NGAM Canada LP | Multiple Portfolios | MF-AGG | | 200 | 0.01 | 0 | 12/31/18 |
| 74. Prudential PLC | | ULT-AGG | | 200 | 0.01 | 0 | 06/30/18 |
| 75. XTRACKERS IE PLC | Multiple Portfolios | MF-AGG | | 200 | 0.01 | 0 | 06/27/19 |
| 76. Minnesota Mutual Cos Inc | | ULT-AGG | | 175 | 0.01 | 0 | 03/31/19 |
| 77. Franklin Resources Inc | | ULT-AGG | | 170 | 0.01 | 2 | 03/31/19 |
| 78. Transamerica Financial Lif... | Multiple Portfolios | Sch-D | | 110 | 0.00 | 0 | 03/31/19 |
| 79. Credit Agricole Group | | ULT-AGG | | 100 | 0.00 | 0 | 03/29/19 |
| 80. Directors Life Assurance Co | Multiple Portfolios | Sch-D | | 50 | 0.00 | 0 | 03/31/19 |
| 81. Callan LLC | Multiple Portfolios | MF-AGG | | 0 | 0.00 | 250 | 03/31/19 |

```
FIFW MSGA
Document screenshot_1561669511936.png upload complete. FILE<GO> to view. MSGA<GO
HSBC 6 ½ 09/15/37        29 Export         Settings                    Security Ownership
HSBC 6 ½ 09/15/37 - HSBC HLDGS PLC                                       CUSIP 404280AH
 1) Current  2) Historical  3) Matrix  7) Debt
Search Name  All Holders, Sorted by Size  21) Save Search   22) Delete Search    23) Refine Search
Text Search                               Holder Group All Holders       Investment Manager View
24) Color Legend                   % Out  38.38
```

| # | Holder Name | Portfolio Name | Source | Opt | Position | % Out | Latest Chg | File Dt |
|---|---|---|---|---|---|---|---|---|
| 12 | Dai-ichi Life Holdings Inc | | ULT-AGG | | 16,000 | 0.64 | 0 | 03/31/19 |
| 13 | EquiTrust Life Insurance Co | Multiple Portfolios | Sch-D | | 15,830 | 0.63 | 0 | 03/31/19 |
| 14 | Aegon NV | | ULT-AGG | | 15,000 | 0.60 | 0 | 03/31/19 |
| 15 | FGL Holdings | | ULT-AGG | | 15,000 | 0.60 | 0 | 03/31/19 |
| 16 | Massachusetts Mutual Life | | ULT-AGG | | 13,725 | 0.55 | -735 | 03/31/19 |
| 17 | SEI Investments Co | | ULT-AGG | | 10,190 | 0.41 | 0 | 06/31/19 |
| 18 | Aetna Inc | | ULT-AGG | | 9,135 | 0.37 | 0 | 03/31/19 |
| 19 | FMR LLC | | ULT-AGG | | 9,007 | 0.36 | -1,493 | 04/30/19 |
| 20 | Lincoln Benefit Life Co | Multiple Portfolios | Sch-D | | 9,000 | 0.36 | 0 | 03/31/19 |
| 21 | Manulife Financial Corp | | ULT-AGG | | 7,935 | 0.32 | 5,000 | 03/31/19 |
| 22 | Thrivent Financial for Luth | Multiple Portfolios | Sch-D | | 7,000 | 0.28 | 0 | 03/31/19 |
| 23 | HSBC Group | | ULT-AGG | | 6,925 | 0.28 | 6,925 | 03/31/19 |
| 24 | Household Life Insurance | Multiple Portfolios | Sch-D | | 6,925 | 0.28 | 6,925 | 03/31/19 |
| 25 | Household Life Insuran | PAVONIA LIFE INS CO OF | Sch-D | | 6,925 | 0.28 | 6,925 | 03/31/19 |
| 26 | Forethought Life Insurance | Multiple Portfolios | Sch-D | | 6,244 | 0.25 | 0 | 03/31/19 |
| 27 | Presidential Life Insurance | Multiple Portfolios | Sch-D | | 6,150 | 0.25 | 6,150 | 03/31/19 |
| 28 | Federated Mutual Insuranc | | ULT-AGG | | 6,000 | 0.24 | 5,000 | 03/31/19 |
| 29 | MetLife Inc | | ULT-AGG | | 5,282 | 0.21 | -18,468 | 03/31/19 |
| 30 | First Allmerica Financial Li | Multiple Portfolios | Sch-D | | 5,200 | 0.21 | 0 | 03/31/19 |
| 31 | State Street Corp | | ULT-AGG | | 5,013 | 0.20 | 0 | 06/26/19 |
| 32 | Pacific Life Insurance Co | Multiple Portfolios | MF-AGG | | 5,000 | 0.20 | 0 | 03/31/19 |
| 33 | Commonwealth Annuity & L | Multiple Portfolios | Sch-D | | 4,750 | 0.19 | 0 | 03/31/19 |
| 34 | United States Life Insuranc | Multiple Portfolios | Sch-D | | 4,420 | 0.18 | 0 | 03/31/19 |
| 35 | Variable Annuity Life Insur | Multiple Portfolios | Sch-D | | 4,364 | 0.17 | 0 | 03/31/19 |