EXHIBIT 41



SEC-■■■■-E-0000010



SEC-███-E-0000011