# EXHIBIT 42

# Corporate Business
PNC Bank

**For the period 05/01/2018 to 05/31/2018**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ■■■■■■0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ■■■■■■0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 658,499.43 | 5,765,287.68 | 6,358,000.00 | 65,787.11 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 2,550,000.00 |
| Other Additions | 7 | 3,215,287.68 |
| Total | 9 | 5,765,287.68 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 18,000.00 |
| Other Deductions | 18 | 6,340,000.00 |
| Total | 21 | 6,358,000.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 820,499.43 | 05/10 | 3,190,499.43 | 05/18 | 1,170,787.11 |
| 05/03 | 3,400,499.43 | 05/11 | 3,190,787.11 | 05/21 | 620,787.11 |
| 05/04 | 3,700,499.43 | 05/14 | 5,470,787.11 | 05/22 | 410,787.11 |
| 05/07 | 3,690,499.43 | 05/15 | 5,070,787.11 | 05/25 | 340,787.11 |
| 05/08 | 3,640,499.43 | 05/16 | 3,870,787.11 | 05/29 | 65,787.11 |
| 05/09 | 3,540,499.43 | 05/17 | 1,320,787.11 | | |

## Activity Detail

**Deposits and Other Additions**

# Corporate Business

For 24-hour account information, sign on to pnc.com/mybusiness/

Corporate Business Account number: ▮▮▮▮0902 - continued

**For the period 05/01/2018 to 05/31/2018**
BROAD REACH CAPITAL LP
Primary account number: ▮▮▮▮0902
Page 2 of 2

## Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/04 | 300,000.00 | Remote Capture 1 | 070342668 |
| 05/14 | 2,250,000.00 | Remote Capture 1 | 073222960 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 100,000.00 | Fed Wire In 011532 0501 | W011532 0501 |
| 05/01 | 65,000.00 | Fed Wire In 011841 0501 | W011841 0501 |
| 05/03 | 1,440,000.00 | Fed Wire In 027726 0503 | W027726 0503 |
| 05/03 | 1,440,000.00 | Fed Wire In 027753 0503 | W027753 0503 |
| 05/11 | 100,287.68 | Fed Wire In 035428 0511 | W035428 0511 |
| 05/14 | 30,000.00 | Fed Wire In 020602 0514 | W020602 0514 |
| 05/15 | 40,000.00 | Fed Wire In 019782 0515 | W019782 0515 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 05/07 | 7008 * | 10,000.00 | 048212137 | | | | |
| 05/01 | 7006 | 3,000.00 | 084895876 | 05/10 | 7011 * | 5,000.00 | 051935902 | | | | |

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 05/03 | 300,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/08 | 50,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/09 | 100,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/10 | 220,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/10 | 125,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/11 | 100,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/15 | 440,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/16 | 1,150,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/16 | 50,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/17 | 50,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/17 | 2,500,000.00 | Fed Wire Out 185Hk0745Df138K4 | | W185HK0745DF138K4 |
| 05/18 | 150,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/21 | 170,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/21 | 250,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/21 | 130,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/22 | 210,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/25 | 70,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |
| 05/29 | 275,000.00 | Account Transfer To | ▮▮▮▮5633 | BROAD REACH PAR |