EXHIBIT 43

# Corporate Business
PNC Bank

**For the period 03/01/2016 to 03/31/2016**

Primary account number: ████3312

Page 1 of 2

Number of enclosures: 0

TA 1 LLC
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Ta 1 Llc

Account number: ████3312
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 317,004.34 | 4,953,317.54 | 4,227,500.00 | 1,042,821.88 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Other Additions | 5 | 4,953,317.54 | Other Deductions | 11 | 4,227,500.00 |
| Total | 5 | 4,953,317.54 | Total | 11 | 4,227,500.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 277,004.34 | 03/07 | 4,187,861.88 | 03/15 | 5,042,821.88 |
| 03/02 | 245,401.88 | 03/11 | 4,182,861.88 | 03/16 | 3,042,821.88 |
| 03/03 | 2,237,901.88 | 03/14 | 5,182,821.88 | 03/31 | 1,042,821.88 |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 3,397.54 | Fed Wire In 032744 | W032744 0302 |
| 03/03 | 2,000,000.00 | Fed Wire In 027328 | W027328 0303 |
| 03/07 | 1,049,960.00 | Fed Wire In 026149 | W026149 0307 |

Other Additions continued on next page

SEC-PNC-E-0007648

# Corporate Business

For 24-hour account information, sign on to
pnc.com/mybusiness/

Corporate Business Account number: █3312 - continued

**For the period 03/01/2016 to 03/31/2016**
TA 1 LLC
Primary account number: █3312
Page 2 of 2

## Other Additions — *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/07 | 900,000.00 | Fed Wire In 030895 | W030895 0307 |
| 03/14 | 999,960.00 | Fed Wire In 020883 | W020883 0314 |

## Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 03/01 | 25,000.00 | Account Transfer To | 7946 | CV SPECIAL OPPO |
| 03/01 | 10,000.00 | Account Transfer To | 6851 | INVESTMENT CONS |
| 03/01 | 5,000.00 | Account Transfer To | 0241 | LS1 LLC |
| 03/02 | 30,000.00 | Account Transfer To | 8855 | CASSATT SHORT T |
| 03/02 | 5,000.00 | Account Transfer To | 6851 | INVESTMENT CONS |
| 03/03 | 7,500.00 | Account Transfer To | 7946 | CV SPECIAL OPPO |
| 03/11 | 5,000.00 | Account Transfer To | 6851 | INVESTMENT CONS |
| 03/15 | 40,000.00 | Account Transfer To | 6851 | INVESTMENT CONS |
| 03/15 | 100,000.00 | Account Transfer To | 0241 | LS1 LLC |
| 03/16 | 2,000,000.00 | Fed Wire Out 004633 | | W004633 0316 |
| 03/31 | 2,000,000.00 | Int'L Wire Out 038533 | | W038533 0331 |

SEC-PNC-E-0007649