# EXHIBIT 44

# Corporate Business
PNC Bank

**For the period 06/01/2016 to 06/30/2016**

BROAD REACH CAPITAL LP
200 4 FALLS CORPORATE CTR STE 211
CONSHOHOCKEN PA 19428-2980

Primary account number: ■■■■0902
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009-9738

Visit us at PNC.com/treasury

## Corporate Business Summary

Broad Reach Capital Lp

Account number: ■■■■0902
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 0.00 | 2,252,233.08 | 2,000,000.00 | 252,233.08 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 250,000.00 |
| Other Additions | 2 | 2,002,233.08 |
| Total | 3 | 2,252,233.08 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 1 | 2,000,000.00 |
| Total | 1 | 2,000,000.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 0.00 | 06/13 | 300,000.00 | 06/24 | 252,233.08 |
| 06/06 | 50,000.00 | 06/23 | 2,252,233.08 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/13 | 250,000.00 | Deposit | 053762535 |

# Corporate Business

🖥 For 24-hour account information, sign on to
pnc.com/mybusiness/

Corporate Business Account number: ▮▮▮▮ 0902 - continued

**For the period 06/01/2016 to 06/30/2016**
BROAD REACH CAPITAL LP
Primary account number: ▮▮▮▮ 0902
Page 2 of 2

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 06/06 | 50,000.00 | Account Transfer From | ▮▮▮▮ 9342 | BROAD REACH CAP |
| 06/23 | 1,952,233.08 | Fed Wire In 028867 | | W028867 0623 |

## Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 06/24 | 2,000,000.00 | Account Transfer To | ▮▮▮▮ 1779 | CREDIT THE AMER |