# EXHIBIT 1

Re: 19-cv-17213

RECEIVED
DEC - 4 2019

Friday
November 29, 2019

Mr Donnelly –

Thank you for your response dated November 26, 2019.

Please submit my correspondence as an application to the court for a modification of the asset freeze. Unfortunately, it appears the court order freezes <u>all</u> assets, regardless of whether funds used to acquire such assets are traceable to the fraud alleged in the SEC's complaint. My request to the court is to only freeze assets traceable to the fraud alleged. It is and will continue to be my contention that no fund assets were utilized for personal purposes. Only funds related to incentive allocation fees were transferred from the Fund to any personal assets or personal investments.

This freeze of all assets has put my personal health, safety, security at risk and no due process has been afforded to me. I cannot secure an adequate bail package to be released from incarceration. This release would afford me the opportunity for adequate legal representation as well as basic food, shelter and clothing costs necessary for my family to provide temporary housing as a condition of bail.

As previously requested, and in the alternative, I am willing to allow the sell of certain personal assets to pay rent, storage and moving of personal property including books and records at 222 W Rittenhouse Apt 03. The freeze of all assets has put
(over)

the preservation of value of frozen assets as well as retention of any and all ~~ass~~ books and records at risk.

I implore the court to review these circumstances and modify the previous court orders. At a minimum, assets acquired in full, prior to the formation of the Fund, could not possibly relate ~~to~~ funds to acquire assets traceable to fraud alleged in SEC complaint.

If this request is not in the proper format, I respectfully request that the court inform me of the appropriate format for this application. Again, the freeze of <u>all</u> assets does not allow due process in these matters. As you are aware, I do not have access to resources necessary to defend myself or present formal legal applications to the court.

Brenda Smith
J. 2019. 12346