UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,<br><br>Defendants. | C.A. No. 2:19-cv-17213 (MCA)<br><br>NOTICE OF APPEARANCE |

Please take notice that the undersigned hereby enters an appearance as counsel for interested party Southern Minerals Group, LLC in the above-captioned action.

Dated: September 23, 2020

By:  s/ *Lisa Carney Eldridge*

Lisa Carney Eldridge, Esq.
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
leldridge@clarkhill.com

and

Daniel M. Jaffe, Esq.
SLOVER & LOFTUS LLP
1224 17th St., NW
Washington, D.C. 20036
Telephone: (202) 347-7170
dmj@sloverandloftus.com

Of Counsel
*Pro Hac Vice* to be submitted

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,<br><br>Defendants. | C.A. No. 2:19-cv-17213 (MCA)<br><br>CERTIFICATE OF SERVICE |

I, Lisa Carney Eldridge, hereby certify, this 23rd day of September, 2020, that I caused to be served a true and correct copy of the foregoing Notice of Appearance upon counsel of record for Plaintiff and the Receiver by electronic filing, and upon Defendant, Brenda A. Smith, on behalf of all Defendants, via first-class mail, postage prepaid, as follows:

> Brenda A. Smith
> Permanent ID 2019-339640
> CCIS# 07-571432
> U.S. Marshalls Number 72832-050
> Essex County Correctional Facility
> 354 Doremus Avenue
> Newark, NJ 07105

By:  *s/ Lisa Carney Eldridge*
_____
*Attorney for Interested Party*
*Southern Minerals Group, LLC*

Dated: September 23, 2020