# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>            v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>    **Defendants.** | C. A. No. 2:19-cv-17213 (MCA) |

## ORDER APPROVING THE RECEIVER, KEVIN D. KENT, ESQUIRE'S FIRST INTERIM FEE APPLICATION FOR THE PERIOD JUNE 29, 2020 THROUGH SEPTEMBER 30, 2020

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin D. Kent, Esquire, for Approval of First Interim Fee Application for the Period June 29, 2020 through September 30, 2020;

It is on this _____ day of _____, 2020,

**ORDERED** that the Receiver's First Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $137,408.64, for services performed through September 30, 2020,

representing eighty percent (80%) of the Law Firm's total fee of $171,760.80, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $34,862.00 for services performed through September 30, 2020, representing eighty percent (80%) of the Accountant's total fee of $43,577.50, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $9,947.40 for expenses incurred through September 30, 2020, representing eighty percent (80%) of the Firm's total expenses of $12,434.25, is APPROVED and may be paid by the Receiver at this time.

                                                 **BY THE COURT:**

                                                 _____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE