# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>Defendants. | C. A. No. 2:19-cv-17213 (MCA) |

## ORDER APPROVING THE RECEIVER, KEVIN D. KENT, ESQUIRE'S SECOND INTERIM FEE APPLICATION FOR THE PERIOD <u>OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020</u>

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin D. Kent, Esquire, for Approval of Second Interim Fee Application for the Period October 1, 2020 through December 31, 2020;

It is on this _____ day of _____, 2021,

**ORDERED** that the Receiver's Second Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $80,861.20, for services performed from October 1, 2020 through

December 31, 2020, representing eighty percent (80%) of the Law Firm's total fee of $101,076.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $124,782.00 for services performed from October 1, 2020 through December 31, 2020, representing eighty percent (80%) of the Accountant's total fee of $155,977.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $353.26 for expenses incurred from October 1, 2020 through December 31, 2020, representing eighty percent (80%) of the Firm's total expenses of $441.58 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $136.00 for expenses incurred from October 1, 2020 through December 31, 2020, representing eighty percent (80%) of the Accountant's total expenses of $170.00 for this quarter, is hereby APPROVED and may be paid by the Receiver at this time.

        **BY THE COURT:**

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE