# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>　　Defendants. | C. A. No. 2:19-cv-17213 (MCA) |

## ORDER APPROVING THE RECEIVER, KEVIN DOOLEY KENT, ESQUIRE'S FOURTH INTERIM FEE APPLICATION FOR THE PERIOD APRIL 1, 2021 THROUGH JUNE 30, 2021

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin Dooley Kent, Esquire, for Approval of Fourth Interim Fee Application for the Period April 1, 2021 through June 30, 2021;

It is on this _____ day of _____, 2021,

**ORDERED** that the Receiver's Fourth Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $184,131.60, for services performed from April 1, 2021 through June

30, 2021, representing eighty percent (80%) of the Law Firm's total fee of $230,164.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $316,962.00 for services performed from April 1, 2021 through June 30, 2021, representing eighty percent (80%) of the Accountant's total fee of $396,202.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $5,945.48 for expenses incurred from April 1, 2021 through June 30, 2021, representing eighty percent (80%) of the Firm's total expenses of $7,431.85 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $3,659.47 for expenses incurred from April 1, 2021 through June 30, 2021, representing eighty percent (80%) of the Accountant's total expenses of $4,574.34 for this quarter, is hereby APPROVED and may be paid by the Receiver at this time.

                **BY THE COURT:**

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE