# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>Defendants. | C. A. No. 2:19-cv-17213 (MCA) |

## ORDER APPROVING THE RECEIVER, KEVIN DOOLEY KENT'S FIFTH INTERIM FEE APPLICATION FOR THE PERIOD JULY 1, 2021 THROUGH SEPTEMBER 30, 2021

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin Dooley Kent for Approval of Fifth Interim Fee Application for the Period July 1, 2021 through September 30, 2021;

It is on this _____ day of _____, 2021,

**ORDERED** that the Receiver's Fifth Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $136,325.20, for services performed from July 1, 2021 through

September 30, 2021, representing eighty percent (80%) of the Law Firm's total fee of $170,406.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $147,780.00 for services performed from July 1, 2021 through September 30, 2021, representing eighty percent (80%) of the Accountant's total fee of $184,725.00 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $441.10 for expenses incurred from July 1, 2021 through September 30, 2021, representing eighty percent (80%) of the Firm's total expenses of $551.38 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $4,101.52 for expenses incurred from July 1, 2021 through September 30, 2021, representing eighty percent (80%) of the Accountant's total expenses of $5,126.90 for this quarter, is hereby APPROVED and may be paid by the Receiver at this time.

                                        **BY THE COURT:**

                                        HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE