# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>    **Defendants.** | C. A. No. 2:19-cv-17213 (MCA) |

## ORDER APPROVING THE RECEIVER, KEVIN DOOLEY KENT'S SIXTH INTERIM FEE APPLICATION FOR THE PERIOD <u>OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021</u>

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin Dooley Kent for Approval of Sixth Interim Fee Application for the Period October 1, 2021 through December 31, 2021;

It is on this _____ day of _____, 2022,

**ORDERED** that the Receiver's Sixth Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $139,260.80, for services performed from October 1, 2021 through

December 31, 2021, representing eighty percent (80%) of the Law Firm's total fee of $174,076.00 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $191,440.00 for services performed from October 1, 2021 through December 31, 2021, representing eighty percent (80%) of the Accountant's total fee of $239,300.00 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $573.04 for expenses incurred from October 1, 2021 through December 31, 2021, representing eighty percent (80%) of the Firm's total expenses of $716.30 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $2,589.28 for expenses incurred from October 1, 2021 through December 31, 2021, representing eighty percent (80%) of the Accountant's total expenses of $3,236.60 for this quarter, is hereby APPROVED and may be paid by the Receiver at this time.

                                    **BY THE COURT:**

                                    HONORABLE MADELINE COX ARLEO
                                    UNITED STATES DISTRICT JUDGE