# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>Defendants. | C. A. No. 2:19-cv-17213 (MCA) |

### ORDER APPROVING THE RECEIVER, KEVIN DOOLEY KENT'S SEVENTH INTERIM FEE APPLICATION FOR THE PERIOD JANUARY 1, 2022 THROUGH MARCH 31, 2022

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin Dooley Kent for Approval of Seventh Interim Fee Application for the Period January 1, 2022 through March 31, 2022;

It is on this _____ day of _____, 2022,

**ORDERED** that the Receiver's Seventh Interim Fee Application is APPROVED; and it is

**FURTHER ORDERED** that Payment to Conrad O'Brien PC ("Law Firm") in the amount of $121,804.80, for services performed from January 1, 2022 through March 31, 2022, representing eighty percent (80%) of the Law Firm's total fee of

$152,256.00 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC ("Accountant") in the amount of $114,302.00 for services performed from January 1, 2022 through March 31, 2022, representing eighty percent (80%) of the Accountant's total fee of $142,877.50 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Conrad O'Brien PC in the amount of $1,121.49 for expenses incurred from January 1, 2022 through March 31, 2022, representing eighty percent (80%) of the Firm's total expenses of $1,401.86 for this quarter, is APPROVED and may be paid by the Receiver at this time; and it is

**FURTHER ORDERED** that payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $2,732.56 for expenses incurred from January 1, 2022 through March 31, 2022, representing eighty percent (80%) of the Accountant's total expenses of $3,415.70 for this quarter, is hereby APPROVED and may be paid by the Receiver at this time.

                                                **BY THE COURT:**

                                                _____
                                                HONORABLE MADELINE COX ARLEO
                                                UNITED STATES DISTRICT JUDGE