# EXHIBIT "A"

Kevin Dooley Kent
1500 Market Street, Suite 3900
Philadelphia, PA 19102
(215) 864-9600

# STANDARDIZED FUND ACCOUNTING REPORT

## CIVIL – RECEIVERSHIP FUND

---

## Brenda Smith, Broad Reach Capital, LP, Broad Reach Partners, LLC, and Bristol Advisors, LLC
## Civil Action No.: 2:19-cv-17213-MCA-ESK

REPORTING PERIOD 04/01/2022 TO 06/30/2022

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Broad Reach Capital Receivership Entities - Cash Basis**
Receivership; Civil Court Docket No. 2:19-CV-17213-MCA-ESK
REPORTING PERIOD 04/01/2022 TO 06/30/2022

| FUND ACCOUNTING (See Instructions): | | Current Reporting Period - 04/01/22 to 06/30/22 | | | 06/29/20 - 06/30/22 |
|---|---|---|---|---|---|
| | | Detail | Subtotal | Period Total | Case to Date |
| Line 1 | Beginning Balance (As of 04/01/22) | | | $ 6,870,777.21 | $ - |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | **Business Income** | | | - | - |
| Line 3 | **Cash and Securities** | | | 212,394.39 | 8,240,017.58 |
| Line 4 | **Interest/Dividend Income** | | | - | 5.67 |
| Line 5 | **Business Asset Liquidation** | | | - | 700.00 |
| Line 6 | **Personal Asset Liquidation** | | | 19,036.00 | 540,554.02 |
| Line 7 | **Third-Party Litigation Income** | | | 1,055,838.66 | 1,452,090.17 [1] |
| Line 8 | **Miscellaneous - Other** | | | - | - |
| | **Total Funds Available (Lines 1 – 8):** | | | $ 8,158,046.26 | $ 10,233,367.44 |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors/Claimants** | | | - | 258,776.99 [2] |
| Line 10 | **Disbursements for Receivership Operations** | | | 574,959.60 | 2,379,293.79 |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | 574,323.97 | |
| *Line 10b* | *Business Asset Expenses* | | | | |
| *Line 10c* | *Personal Asset Expenses* | | | 7.20 | |
| *Line 10d* | *Investment Expenses* | | | 28.43 | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | - | |
| | 2. Litigation Expenses | | | - | |
| | *Total Third-Party Litigation Expenses* | | | - | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | - | |
| *Line 10g* | *Federal and State Tax Payments* | | | 600.00 | |
| | **Total Disbursements for Receivership Operations** | | | $ 574,959.60 | $ 2,638,070.78 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | 490.00 | 12,700.00 |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator | | | - | |
| | Independent Distribution Consultant (IDC) | | | - | |
| | Distribution Agent | | | - | |
| | Consultants | | | - | |
| | Legal Advisers | | | - | |
| | Tax Advisers | | | - | |
| | 2. Administrative Expenses | | | 490.00 | |
| | 3. Miscellaneous | | | - | |
| | *Total Plan Development Expenses* | | | 490.00 | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator | | | - | |
| | IDC | | | - | |
| | Distribution Agent | | | - | |
| | Consultants | | | - | |
| | Legal Advisers | | | - | |
| | Tax Advisers | | | - | |
| | 2. Administrative Expenses | | | - | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan | | | - | |
| | Claimant Identification | | | - | |
| | Claims Processing | | | - | |
| | Web Site Maintenance/Call Center | | | - | |
| | 4. Fund Administrator Bond | | | - | |
| | 5. Miscellaneous | | | - | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | - | |
| | *Total Plan Implementation Expenses* | | | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | $ 490.00 | 12,700.00 |
| Line 12 | **Disbursements to Court/Other:** | | | - | - |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | - | - |
| *Line 12b* | *Federal Tax Payments* | | | - | |
| | **Total Disbursements to Court/Other** | | | $ - | - |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | $ 575,449.60 | $ 2,650,770.78 |
| Line 13 | **Ending Balance (As of 06/30/22):** | | | $ 7,582,596.66 | $ 7,582,596.66 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | |
| *Line 14a* | *Cash & Cash Equivalents* | | | 7,582,596.66 | 7,582,596.66 |
| *Line 14b* | *Investments* | | | - | - |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | - | - |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 7,582,596.66 | $ 7,582,596.66 |

1

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Broad Reach Capital Receivership Entities - Cash Basis**
Receivership; Civil Court Docket No. 2:19-CV-17213-MCA-ESK
REPORTING PERIOD 04/01/2022 TO 06/30/2022

| OTHER SUPPLEMENTAL INFORMATION: | | Current Reporting Period - 04/01/22 to 06/30/22 | | | 06/29/20 - 06/30/22 |
|---|---|---|---|---|---|
| | | Detail | Subtotal | Period Total | Case to Date |
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15 | | | | $        - | $        - |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator | | | - | |
| | IDC | | | - | |
| | Distribution Agent | | | - | |
| | Consultants | | | - | |
| | Legal Advisers | | | - | |
| | Tax Advisers | | | - | |
| | 2. Administrative Expenses | | | - | |
| | 3. Miscellaneous | | | - | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | $        - | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator | | | - | |
| | IDC | | | - | |
| | Distribution Agent | | | - | |
| | Consultants | | | - | |
| | Legal Advisers | | | - | |
| | Tax Advisers | | | - | |
| | 2. Administrative Expenses | | | - | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan | | | - | |
| | Claimant Identification | | | - | |
| | Claims Processing | | | - | |
| | Web Site Maintenance/Call Center | | | - | |
| | 4. Fund Administrator Bond | | | - | |
| | 5. Miscellaneous | | | - | |
| | 6. FAIR Reporting Expenses | | | - | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | $        - | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | - | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - | - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | - | - |
| Line 16a | *Investment Expenses/CRIS Fees* | | | - | |
| Line 16b | *Federal Tax Payments* | | | - | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | - | - |
| Line 17 | **DC & State Tax Payments** | | | $        - | $        - |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period* | | | | 36 [3] |
| Line 18b | *# of Claims Received Since Inception of Fund* | | | | 56 |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | | | - |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | | | 1 [2] |

**Notes**

[1]   Includes funds derived from settlements of two litigation matters during the current reporting period that are pending Court approval. These funds are subject to a refund if the settlements are not approved by the Court.

[2]   In accordance with the Motion of Receiver, Kevin D. Kent, Esquire, to Approve a Settlement Resolving the Receiver's April 9, 2021 Motion to Determine Ownership of Taylor Trading, LLC Account (ECF No. 130) ("Taylor Trading Motion") and the Order Confirming Ownership of Taylor Trading, LLC Account Proceedings (ECF No. 134), the Receiver arranged for the transfer of 50% of the balance of the Taylor Trading, LLC bank account maintained with PNC Bank ("Taylor Trading Account") to investor Surefire Dividend Capture, LP ("Surefire") on November 19, 2021. Surefire had filed claims against, *inter alia*, Scott Koppenheffer in a lawsuit it filed in the Eastern District of Pennsylvania captioned *Surefire Dividend Capture, LP v. Smith et al.*, No. 2:19-cv-04088 (E.D. Pa.) (the "Surefire Action"). Surefire agreed to resolve its claims against Mr. Koppenheffer in exchange for, *inter alia*, an assignment of Mr. Koppenheffer's rights (if any) to the Taylor Trading Account. The Receiver and Surefire then agreed to resolve the Taylor Trading Motion by splitting the balance in the Taylor Trading Account, which amount will be deducted from any future distribution made by the Receiver to Surefire. This settlement resulted in a meaningful recovery for the Receivership Estate while eliminating the risk and cost of litigating the issue of account ownership with Mr. Koppenheffer and/or Surefire.

[3]   Includes 22 Investor Creditor claims and 14 Non-Investor Creditor claims.

Receiver:

By:  _Kevin Dooley Kent_ (signature)

_Kevin Dooley Kent_ (printed name)

_Receiver_ (title)

Date:  _8/1/22_

## NOTES TO THE STANDARDIZED FUND ACCOUNTING REPORT

### Receivership Cash Accounts

As of June 30, 2022, the Receiver's cash balance of $7,582,596.66 was maintained in a checking account at Bank of America.

### Investments, Real and Personal Property

As described more fully in the Receiver's Eighth Quarterly Status Report, the Receiver is in the process of identifying and liquidating all the investments, real and personal property of the Receivership Parties.

In addition to the transactions reflected within the Standardized Fund Accounting Report, the Receiver anticipates recovering future distributions related to Brenda Smith's personal investment in OTAF LLC.

The Receivership has an interest in two parcels in Tangipahoa Parish, Louisiana, owned by BD of Louisiana, LLC ("BD of Louisiana Property"). The BD of Louisiana Property is currently listed for sale for $499,000 and is subject to a mortgage with an outstanding principal balance of approximately $345,000.